RAMIRO MORALES, # 167947
MORALES FIERRO & REEVES
600 S. Tonopah Dr., Suite 300
Las Vegas, NV 89106
Tel: (702) 699-7922
Fax: (702) 599-9455
Email: rmorales@mfrlegal.com

Attorneys for Defendant ST. PAUL FIRE
AND MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; and FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>    Defendants. | CASE NO.: 2:17-cv-02407-JAD-VCF<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT<br><br>(First Request) |

   Defendant St. Paul Fire and Marine Insurance Company, by and through its counsel of record, Ramiro Morales, of the Law Offices of Morales Fierro & Reeves, and Plaintiff Centex Homes, by and through its counsel of record, Sarah J. Odia, of Payne & Fears LLP, hereby stipulate as follows:

   1.  Centex filed its complaint in this matter on September 14, 2017;

   2.  St. Paul was served with the complaint through the State of Nevada Department of

---

1

STIPULATION AND ORDER                  CASE NO.: 2:17-cv-0240-JAD-VCF

Business and Industry Division of Insurance on September 25, 2017;

3. St. Paul's response to Centex's complaint is currently due on October 16, 2017;

4. Centex and St. Paul have agreed to extend the deadline for St. Paul's filing of a response to Plaintiff's complaint by 14 days, from October 16, 2017 to October 30, 2017, to accommodate counsel for St. Paul's recent illness and other commitments.

This is the first stipulation for the extension of St. Paul's time to respond to Plaintiff's complaint.

DATED: October 11, 2017   MORALES FIERRO & REEVES

By  */s/ Ramiro Morales*
Ramiro Morales, Esq.
600 South Tonopah Drive, Suite 300
Las Vegas, NV  89106
Telephone:  (702) 699-7822

Attorneys for Defendant ST. PAUL FIRE AND MARINE INSURANCE COMPANY

DATED: October 11, 2017   PAYNE & FEARS LLP

By:  */s/ Sarah J. Odia*
Scott S. Thomas, Esq.
Sarah J. Odia, Esq.
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, NV 89128
Telephone: (702) 851-0300

Attorneys for Plaintiff CENTEX HOMES

## **ORDER**

IT IS SO ORDERED:  Defendant St. Paul Fire and Marine Insurance Company's response to Plaintiff's complaint is due on or before October 30, 2017.

Dated: 10-11-2017

_____
UNITED STATES MAGISTRATE JUDGE