1  Scott S. Thomas, NV Bar No. 7937
   sst@paynefears.com
2  Sarah J. Odia, NV Bar No. 11053
   sjo@paynefears.com
3  PAYNE & FEARS LLP
   6385 S. Rainbow Blvd., Suite 220
4  Las Vegas, Nevada 89118
   Telephone: (702) 851-0300
5  Facsimile: (702) 851-0315

6  Attorneys for CENTEX HOMES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants. | Case No.: 2:17-cv-02407-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DECEMBER 1, 2017 HEARING ON DEFENDANT LEXINGTON INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF CENTEX HOMES' COMPLAINT (ECF 15)** |

Plaintiff Centex Homes ("Centex") and Defendants Lexington Insurance Company ("Lexington"), and Everest National Insurance Company, by and through their respective counsel of record, hereby stipulate to continue to the December 1, 2017 hearing on Lexington's Motion to Dismiss Centex's Complaint (ECF 15) to December 18, 2017. The parties request the continuance to accommodate the trial schedule of Centex's counsel.

This is the first stipulation for the continuance of the hearing date on Lexington's Motion to Dismiss Centex's Complaint.

| | | |
|---|---|---|
| 1 | DATED: November 8, 2017 | PAYNE & FEARS LLP |
| 2 | | |
| 3 | | By   */s/ Sarah J. Odia* |
| 4 | | SCOTT S. THOMAS, NV Bar No. 7937<br>SARAH J. ODIA, NV Bar No. 11053 |
| 5 | | 6385 S. Rainbow Blvd., Suite 220<br>Las Vegas, Nevada 89118<br>Tel. (702) 851-0300 |
| 6 | | |
| 7 | | Attorneys for CENTEX HOMES |
| 8 | DATED: November 8, 2017 | HEROLD & SAGER |
| 9 | | |
| 10 | | By   */s/ Joshua A. Zlotlow* |
| 11 | | JOSHUA A. ZLOTLOW, NV Bar No. 11333<br>3960 Howard Hughes Parkway, Ste. 500 |
| 12 | | Las Vegas, NV 89169<br>Tel. (702) 990-3624 |
| 13 | | |
| 14 | | Attorneys for LEXINGTON INSURANCE COMPANY |
| 15 | | |
| 16 | DATED: November 8, 2017 | SELMAN BREITMAN LLP |
| 17 | | |
| 18 | | By   */s/ David A. Astengo*<br>DAVID A. ASTENGO, NV Bar No. 11045 |
| 19 | | 3993 Howard Hughes Parkway, Ste. 200<br>Las Vegas, NV 89169 |
| 20 | | Tel. (702) 228-7717 |
| 21 | | Eric S. Powers, NV Bar No. 12850<br>3993 Howard Hughes Parkway, Suite 200 |
| 22 | | Las Vegas, NV 89169<br>Tel. (702) 228-7771 |
| 23 | | <u>Designated For Nevada Service Only</u><br><u>(Per L.R. IA 11-1(b)(1))</u> |
| 24 | | Attorneys for EVEREST NATIONAL |
| 25 | | INSURANCE COMPANY |
| 26 | | |
| 27 | | |
| 28 | | |

**ORDER**

**IT IS ORDERED** that the hearing on Lexington's Motion to Dismiss [ECF No. 15] is **CONTINUED** to **December 18, 2017 at 3:00 p.m.**

DATED: 11/9/2017

_____
UNITED STATES DISTRICT COURT JUDGE

Stipulation to Continue Hearing on Lexington's MTD (Kachnik) 4836-0792-4308 v. 1.docx