ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
JOSHUA A. ZLOTLOW, ESQ.
Nevada Bar No. NV 11333
HEROLD & SAGER
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3624
Facsimile: (702) 990-3835
aherold@heroldsagerlaw.com
jzlotlow@heroldsagerlaw.com

Attorneys for Defendant LEXINGTON INSURANCE COMPANY and
Third Party Defendant NEW HAMPSHIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>UNDERWRITERS AT LLOYDS LONDON; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG; NEW HAMPSHIRE | CASE NO.  2:17-CV-02407-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S THIRD-PARTY COMPLAINT [SECOND REQUEST]** |

1
STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING          2:17-CV-02407-JAD-VCF

| | |
|---|---|
| 1 | INSURANCE COMPANY; FIRST SPECIALTY INSURANCE COMPANY; ARCH SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; ROCKHILL INSURANCE COMPANY; and FIREMAN'S FUND INSURANCE COMPANY, |
| 5 | |
| 6 | Third Party Defendants. |

Defendant and Third-Party Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("St. Paul") and Third-Party Defendant NEW HAMPSHIRE INSURANCE COMPANY ("New Hampshire) hereby submit the following Stipulation Extending Time to File a Responsive Pleading to St. Paul's Third-Party Complaint in the above-captioned action.

WHEREAS, Centex Homes ("Centex") filed a Complaint on or about September 14, 2017, in the United States District Court, District of Nevada as Case Number 2:17-cv-02407, naming LEXINGTON INSURANCE COMPANY ("Lexington") as a defendant;

WHEREAS, on or about October 26, 2017, Lexington filed a Motion to Dismiss Centex's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f);

WHEREAS, on or about November 13, 2017, St. Paul filed a Third-Party Complaint in this action naming New Hampshire as a defendant;

WHEREAS, on or about December 21, 2017, St. Paul served New Hampshire with the Third-Party Complaint through the State of Nevada Department of Business and Industry, Division of Insurance;

WHEREAS, on January 8, 2018 the Court granted Lexington's Motion to Dismiss Centex's complaint;

WHEREAS, on January 16, 2018 Centex filed its First Amended Complaint, the response to which is due on January 30, 2018;

WHEREAS, in the event Lexington moves to dismiss Centex's First Amended Complaint, such a motion may address legal issues that may have a substantial impact on Centex's claims against St. Paul as well as Centex's Third-Party claims against New Hampshire;

///

2
STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING        2:17-CV-02407-JAD-VCF

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), New Hampshire's original deadline to respond to the Third-Party Complaint is January 11, 2018;

WHEREAS, St. Paul and New Hampshire previously stipulated to extend the time for New Hampshire to file a responsive pleading to St. Paul's Third-Party Complaint until fourteen (14) days after the Court ruled on Lexington's Motion to Dismiss Centex's Complaint.

WHEREAS, the current deadline for New Hampshire to respond to St. Paul's Third-Party Complaint is January 22, 2018.

NOW, THEREFORE, St. Paul and New Hampshire, by and through their respective counsel, hereby stipulate to allow for an extension of time for New Hampshire to file a responsive pleading until January 30, 2018.

DATED: January 17, 2018

MORALES FIERRO & REEVES

By: /s/ Ramiro Morales
RAMIRO MORALES, ESQ.
rmorales@mfrlegal.com
Attorneys for Defendant and Third-Party Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

DATED: January 17, 2018

HEROLD & SAGER

By: [signature]
ANDREW D. HEROLD, ESQ.
aherold@heroldsagerlaw.com
JOSHUA A. ZLOTLOW, ESQ.
jzlotlow@heroldsagerlaw.com
Attorneys for Defendant LEXINGTON INSURANCE COMPANY and Third-Party Defendant NEW HAMPSHIRE INSURANCE COMPANY

**IT IS SO ORDERED:**

DATED: January 17, 2018

[signature]

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

3
STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING          2:17-CV-02407-JAD-VCF