John H. Podesta (Nevada SBN 7487)
**Wilson Elser Moskowitz Edelman & Dicker LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Telephone: (415) 625.9258
Facsimile: (415) 434.1370
E-Mail: john.podesta@wilsonelser.com

Attorneys for Third Party Defendants,
PROBUILDERS SPECIALTY INSURANCE
COMPANY, RRG

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants. | CASE NO. 2:17-CV-02407-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S THIRD PARTY COMPLAINT [FIRST REQUEST]**<br><br>Action Filed: 9/14/17<br>Trial Date: None Set |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>UNDERWRITERS AT LLOYDS LONDON; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG; NEW HAMPSHIRE INSURANCE COMPANY; FIRST SPECIALTY INSURANCE COMPANY; ARCH SPECIALTY INSURANCE | |

1  2:17-CV-02407-JAD-VCF
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO ST. PAUL FIRE AND
MARINE INSURANCE COMPANY'S THIRD PARTY COMPLAINT [FIRST REQUEST]

1933009v.1

| | |
|---|---|
| 1<br>2<br>3<br>4 | COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; ROCKHILL INSURANCE COMPANY;and FIREMAN'S FUND INSURANCE COMPANY,<br><br>Third Party Defendants. |
| 5 | AND RELATED CROSS-ACTIONS |

Defendant and Third-Party Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("St. Paul") and Third-Party Defendant PROBUILDERS SPECIALTY INSURANCE COMPANY RRG, A RISK RETENTION GROUP ("Probuilders") hereby agree and stipulate to extend the deadline for Probuilders to answer or otherwise respond to the Third-Party Complaint from January 11, 2018, to February 2, 2018. This is the first request to extend this particular deadline.

On November 13, 2017, St. Paul filed its Third-Party Complaint naming Probuilders and several other entities as defendants. ECF No. 38. The Summons and Complaint were served on Probuilders on December 21, 2017, via the Nevada Department of Business and Industry – Division of Insurance. ECF No. 58. Therefore, pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Probuilders' response to the Third- Party Complaint was originally due on January 11, 2018.

This extension of time is necessary because, due to now resolved conflict issues, counsel for Probuilders was only recently retained. Probuilders and St. Paul are currently attempting to resolve the claims raised by the Third-Party Complaint against Probuilders before incurring additional litigation costs. A case management order has not yet been entered, thus this stipulation to extend Probuilders' time to respond to the Third-Party Complaint will not affect any current deadlines in this action. This stipulation is entered into in good faith and is not intended to unduly delay the proceedings.

///
///
///
///
///

2        2:17-CV-02407-JAD-VCF
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S THIRD PARTY COMPLAINT [First REQUEST]
1933009v.1

Accordingly, the parties request that an order be entered extending the deadline for Probuilders to respond to the Third-Party Complaint from January 11, 2018, to February 2, 2018.

DATED: January 24, 2018                 **MORALES FIERRO & REEVES**

                                        By: *s/s Ramiro Morales*
                                            RAMIRO MORALES, ESQ.
                                            rmorales@mfrlegal.com
                                            Attorneys for Defendant and Third Party Plaintiff
                                            ST. PAUL FIRE and MARINE INSURANCE COMPANY

DATED: January 24, 2018                 **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

                                        By: *s/s John H. Podesta*
                                            JOHN H. PODESTA, ESQ.
                                            john.podesta@wilsonelser.com
                                            Attorneys for Third Party Defendant
                                            PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

**ORDER**

IT IS SO ORDERED.

[signature]

UNITED STATES ~~DISTRICT~~ JUDGE
                    Magistrate
DATED: _____
          January 26, 2018