KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
kstolworthy@armstrongteasdale.com
malarie@armstrongteasdale.com

*Attorneys for Defendant Arch Specialty*
*Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>        Plaintiff,<br><br>    vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, a Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>        Defendants.<br><br>AND ALL RELATED CLAIMS | Case No.: 2:17-cv-02407-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THIRD-PARTY DEFENDANT ARCH SPECIALTY INSURANCE COMPANY'S DEADLINE TO RESPOND TO THIRD-PARTY COMPLAINT**<br><br>**[FIRST REQUEST]** |

      Defendant Arch Specialty Insurance Company ("Arch"), by and through its counsel of record, Armstrong Teasdale, LLP, and Third-Party Plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul"), by and through its counsel of record, Morales, Fierro, Reeves, hereby agree and stipulate to extend the deadline for Arch to answer or otherwise respond to the Third-Party

1

1  Complaint from January 11, 2018, to February 12, 2018.  This is the first request to extend this
2  particular deadline.

3  On November 13, 2017, St. Paul filed its Third-Party Complaint naming Arch and several
4  other entities as defendants.  ECF No. 38.  The Summons and Complaint were served on Arch on
5  December 21, 2017, via the Nevada Department of Business and Industry – Division of Insurance.
6  ECF No. 56.  Therefore, pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Arch's
7  response to the Third- Party Complaint was due on January 11, 2018.

8  This extension of time is necessary because, due to now resolved conflict issues, counsel for
9  Arch was only recently retained.  Therefore, to prepare Arch's response to the Third-Party
10 Complaint, counsel requires adequate time to review and consider the claim file and the substantial
11 number of filings in this case and all related and underlying legal proceedings.  Furthermore, a case
12 management order had not been entered, thus this stipulation to extend Arch's time to respond to the
13 Third-Party Complaint will not affect any current deadlines in this action.  This stipulation is entered
14 into in good faith and is not intended to unduly delay the proceedings.

15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Accordingly, the parties request that an order be entered extending the deadline for Arch to respond to the Third-Party Complaint from January 11, 2018, to February 12, 2018, 2018.

DATED this 29th day of January, 2018.  DATED this 29th day of January, 2018.

**MORALES, FIERRO, REEVES**  **ARMSTRONG TEASDALE LLP**

By: */s/ Ramiro Morales*
    RAMIRO MORALES, ESQ.
    Nevada Bar No. 7101
    600 Tonopah Drive, Suite 300
    Las Vegas, Nevada 89106
    Telephone: 702.699.7822
    Facsimile: 702.699.9455
    rmorales@mfrlegal.com

*Attorneys for Third-Party Plaintiff St. Paul Fire and Marine Insurance Company*

By: */s/ Michelle D. Alarie*
    KEVIN R. STOLWORTHY, ESQ.
    Nevada Bar No. 2798
    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 11894
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169
    Telephone: 702.678.5070
    Facsimile: 702.878.9995
    kstolworthy@armstrongteasdale.com
    malarie@armstrongteasdale.com

*Attorneys for Third-Party Defendant Arch Specialty Insurance Company*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
DATED: 1-30-2018

3