John H. Podesta
Nevada Bar No. 7487
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South 4th Street, Ste. 1100
Las Vegas, NV 89101
Tel.: (415) 433-0990
Fax: (415) 434-1370
john.podesta@wilsonelser.com

Attorneys for Third Party Defendant,
PROBUILDERS SPECIALTY INSURANCE
COMPANY, RRG

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants.<br><hr>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>UNDERWRITERS AT LLOYDS LONDON; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG; NEW HAMPSHIRE INSURANCE COMPANY; FIRST SPECIALTY INSURANCE COMPANY; | CASE NO. 2:17-CV-02407-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S THIRD PARTY COMPLAINT [SECOND REQUEST]**<br><br>Action Filed: Sept. 14, 2017<br>Trial Date: None Set |

| | |
|---|---|
| 1<br>2<br>3<br>4 | ARCH SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; ROCKHILL INSURANCE COMPANY; and FIREMAN'S FUND INSURANCE COMPANY,<br><br>Third Party Defendants. |
| 5<br>6 | AND RELATED CROSS-ACTION. |

Defendant and Third Party Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("St. Paul") and Third Party Defendant PROBUILDERS SPECIALTY INSURANCE COMPANY RRG, A RISK RETENTION GROUP ("Probuilders") hereby submit the following Stipulation Extending Time to File a Responsive Pleading to St. Paul's Third Party Complaint in the above-captioned action

WHEREAS, Centex Homes ("Centex") filed a Complaint on or about September 14, 2017, in the United States District Court, District of Nevada as Case Number 2:17-cv-02407;

WHEREAS, on or about December 21, 2017, St. Paul served Probuilders with the Third-Party Complaint through the State of Nevada Department of Business and Industry, Division of Insurance;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(l)(A)(i), ProBuilders' original deadline to respond to the Third-Party Complaint was January 11, 2018;

WHEREAS, St. Paul and Probuilders previously stipulated to extend the time for Probuilders to file a responsive pleading to St. Paul's Third-Party Complaint until February 2, 2018, which the court ordered on January 26, 2018, in part to allow the parties an opportunity to attempt to informally resolve the claims against Probuilders set forth in the Third Party Complaint;

WHEREAS, Probuilders and St Paul need additional time to complete their discussions regarding informal resolution, and for that reason have agreed to further continue Probuilders' date to respond to the Third Party Complaint by another two weeks, until February 22, 2018;

/ / /

/ / /

/ / /

NOW, THEREFORE, St. Paul and Probuilders, by and through their respective counsel, hereby stipulate to allow for a further extension of time for Probuilders to file a responsive pleading to St. Paul's Third Party Complaint until February 22, 2018.

DATED: January 31, 2018      **MORALES FIERRO & REEVES**

By: *s/s Ramiro Morales*
RAMIRO MORALES, ESQ.
rmorales@mfrlegal.com
Attorneys for Defendant and Third Party Plaintiff
ST. PAUL FIRE and MARINE INSURANCE COMPANY

DATED: January 31, 2018      **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: *s/s John H. Podesta*
JOHN H. PODESTA, ESQ.
john.podesta@wilsonelser.com
Attorneys for Third Party Defendants
PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

DATED: 2-1-2018      **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate