DAVID A. ASTENGO
NEVADA BAR NO. 11045
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone:    415.979.0400
Facsimile:    415.979.2099
Email:    dastengo@selmanlaw.com

Attorneys for EVEREST NATIONAL INSURANCE COMPANY

Eric S. Powers
Nevada Bar No. 12850
SELMAN BRIETMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone:    702.228.7771
Facsimile:    702.228.8824
Email:    epowers@selmanlaw.com
Designated For Nevada Service Only
(Per L.R. IA 11-1(b)(1))

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY; an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; and FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation,<br><br>Counterclaimant,<br><br>v. | Case No.   2:17-cv-02407-JAD-VCF<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND EVEREST NATIONAL INSURANCE COMPANY'S DEADLINE TO RESPOND TO CENTEX HOMES' FIRST AMENDED COMPLAINT<br><br>[FIRST REQUEST] |

1

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership, | |
| Counterdefendant. | |
| EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation, | |
| Cross-Claimant, v. | |
| INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation | |
| Cross-Defendant. | |

Defendant/Counterclaimant/Crossclaimaint EVEREST NATIONAL INSURANCE COMPANY (hereinafter, "Everest") and Plaintiff/Counterdefendant CENTEX HOMES ("Centex"), and pursuant to Local Rule IA 6-1, hereby submit the following Stipulation Extending Time To File a Responsive Pleading To Centex's First Amended Complaint in the above-captioned action (the "Stipulation").

WHEREAS, Centex filed a First Amended Complaint on January 16, 2018, in the above-captioned action.

WHEREAS, Everest's deadline to respond to the First Amended Complaint is February 6, 2018. Wherefore, as required by Local Rule IA 6-1, this request is being submitted to the Court prior to the expiration of the original deadline for Everest to file a responsive pleading to the First Amended Complaint.

WHEREAS, this is the first request to the Court for an extension of time for Everest to respond to Centex's First Amended Complaint.

WHEREAS, this Stipulation is requested so Everest and Centex may continue addressing informally Everest's counterclaim(s) as well as the defense being provided Centex in the ongoing underlying action in the Clark County District Court.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, as follows: Everest shall have until and including February 16, 2018, to file a responsive pleading to Centex's First

2

Amended Complaint.

PAYNE & FEARS, LLP

DATED: February 1, 2018   By:   /s/ Sarah J. Odia
                                SARAH J. ODIA
                                Nevada Bar No. 11053
                                sjo@paynefears.com
                                PAYNE & FEARS LLP
                                6385 S. Rainbow Blvd., Suite 220
                                Las Vegas, NV 89118
                                ATTORNEYS FOR
                                CENTEX HOMES

SELMAN BREITMAN, LLP

DATED: February 1, 2018   By:   /s/David A. Astengo
                                DAVID A. ASTENGO
                                Nevada Bar No. 11045
                                dastengo@selmanlaw.com
                                SELMAN BREITMAN, LLP
                                33 New Montgomery, Sixth Floor
                                San Francisco, CA 94105
                                ATTORNEYS FOR
                                EVEREST NATIONAL INSURANCE
                                COMPANY

                                Eric S. Powers
                                Nevada Bar No. 12850
                                SELMAN BREITMAN LLP
                                3993 Howard Hughes Parkway, Suite 200
                                Las Vegas, NV 89169
                                Telephone (702) 228-7771
                                Facsimile. (702) 228-8824
                                Email: epowers@selmanlaw.com
                                Designated For Nevada Service Only
                                (Per L.R. IA 11-1(b)(1))

381987.1 1062.42956

**ORDER**

IT IS SO ORDERED: Everest National Insurance Company's, response to Plaintiff's complaint is due on or before  2-16-2018 

Dated this  1st  day of  February , 2018.

*[signature]*

UNITED STATES ~~DISTRICT COURT~~ JUDGE

Magistrate