John H. Podesta
Nevada Bar No. 7487
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South 4th Street, Ste. 1100
Las Vegas, NV 89101
Tel.: (415) 433-0990
Fax: (415) 434-1370
john.podesta@wilsonelser.com

Attorneys for Third Party Defendant, IRONSHORE SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>        Plaintiff,<br><br>    vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>        Defendants.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>        Third Party Plaintiff,<br><br>    vs.<br><br>UNDERWRITERS AT LLOYDS LONDON; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG; NEW HAMPSHIRE INSURANCE COMPANY; FIRST SPECIALTY INSURANCE COMPANY; | CASE NO. 2:17-CV-02407-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S THIRD PARTY COMPLAINT [FIRST REQUEST]**<br><br>Action Filed: Sept. 14, 2017<br>Trial Date: None Set |

1      2:17-CV-02407-JAD-VCF
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO ST. PAUL FIRE AND
MARINE INSURANCE COMPANY'S THIRD PARTY COMPLAINT [FIRST REQUEST]

1939455v.1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | ARCH SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; ROCKHILL INSURANCE COMPANY;and FIREMAN'S FUND INSURANCE COMPANY,<br><br>          Third Party Defendants.<br><br>AND RELATED CROSS-ACTION. |

      Defendant and Third-Party Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("St. Paul") and Third-Party Defendant IRONSHORE SPECIALTY INSURANCE COMPANY ("Ironshore") hereby submit the following Stipulation Extending Time to File a Responsive Pleading to St. Paul's Third-Parry Complaint in the above-captioned action.

      WHEREAS, Centex Homes ("Centex") filed a Complaint on or about September 14, 2017, in the United States District Court, District of Nevada as Case Number 2:17-cv-02407,

      WHEREAS, on or about December 21, 2017, St. Paul served Ironshore with the Third-Party Complaint through the State of Nevada Department of Business and Industry, Division of Insurance;

      WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Ironshore's original deadline to respond to the Third-Party Complaint is January 11, 2018;

      WHEREAS, the Department of Insurance sent the service to the wrong address, thereby causing a delay in the ability to respond timely.

///
///
///
///
///
///
///
///

2          2:17-CV-02407-JAD-VCF
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S THIRD PARTY COMPLAINT [FIRST REQUEST]
1939455v.1

NOW, THEREFORE, St. Paul and Ironshore, by and through their respective counsel, hereby stipulate to allow for an extension of time for Ironshore to file a responsive pleading until February 22, 2018.

DATED: January 31, 2018    **MORALES FIERRO & REEVES**

By: *s/s Ramiro Morales*
    RAMIRO MORALES, ESQ.
    rmorales@mfrlegal.com
    Attorneys for Defendant and Third Party Plaintiff
    ST. PAUL FIRE and MARINE INSURANCE COMPANY

DATED: January 31, 2018    **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: *s/s John H. Podesta*
    JOHN H. PODESTA, ESQ.
    john.podesta@wilsonelser.com
    Attorneys for Third Party Defendant
    IRONSHORE SPECIALTY INSURANCE COMPANY

DATED: 2-1-2018    **ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate