KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
kstolworthy@armstrongteasdale.com
malarie@armstrongteasdale.com

*Attorneys for Third-Party Defendant Arch Specialty Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, a Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS | Case No.: 2:17-cv-02407-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THIRD-PARTY DEFENDANT ARCH SPECIALTY INSURANCE COMPANY'S DEADLINE TO RESPOND TO THIRD-PARTY COMPLAINT**<br><br>**[SECOND REQUEST]** |

Defendant Arch Specialty Insurance Company ("Arch"), by and through its counsel of record, Armstrong Teasdale, LLP, and Third-Party Plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul"), by and through its counsel of record, Morales, Fierro, Reeves, hereby agree and stipulate to a short one-week extension of the deadline for Arch to answer or otherwise respond

1

1  to the Third-Party Complaint, from February 12, 2018, to February 19, 2018.  This is the second
2  request to extend this particular deadline.

3  On November 13, 2017, St. Paul filed its Third-Party Complaint naming Arch and several
4  other entities as defendants.  ECF No. 38.  The Summons and Complaint were served on Arch on
5  December 21, 2017, via the Nevada Department of Business and Industry – Division of Insurance.
6  ECF No. 56.  On January 30, 2017, this Court granted a stipulation between the parties that sought to
7  extend Arch's response deadline by 30 days, from January 11, 2018, to February 12, 2018.  *See* ECF
8  No. 76.  The parties have now stipulated to another short one-week extension of Arch's response
9  deadline, from February 12, 2018, to February 19, 2018.

10  Good cause exits for this extension.  Arch's counsel requires this short one-week extension
11  of Arch's response deadline due to delays in receiving the claim file associated with this matter.
12  This short one-week extension should not prejudice any parties nor affect any current deadlines in
13  this action because a case management order had not been entered.  This stipulation is entered into in
14  good faith and is not intended to unduly delay the proceedings.
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Accordingly, the parties request that an order be entered extending the deadline for Arch to respond to the Third-Party Complaint from February 12, 2018, to February 19, 2018.

DATED this 7th day of February, 2018.

**MORALES, FIERRO, REEVES**

By: _/s/ Ramiro Morales_
    RAMIRO MORALES, ESQ.
    Nevada Bar No. 7101
    600 Tonopah Drive, Suite 300
    Las Vegas, Nevada 89106
    Telephone: 702.699.7822
    Facsimile: 702.699.9455
    rmorales@mfrlegal.com

*Attorneys for Third-Party Plaintiff St. Paul Fire and Marine Insurance Company*

DATED this 7th day of February, 2018.

**ARMSTRONG TEASDALE LLP**

By: _/s/ Michelle D. Alarie_
    KEVIN R. STOLWORTHY, ESQ.
    Nevada Bar No. 2798
    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 11894
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169
    Telephone: 702.678.5070
    Facsimile: 702.878.9995
    kstolworthy@armstrongteasdale.com
    malarie@armstrongteasdale.com

*Attorneys for Third-Party Defendant Arch Specialty Insurance Company*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-12-2018

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing was served:

☒ via electronic service to the address(es) shown below:

Ramiro Morales   rmorales@mfrlegal.com, chastings@mfrlegal.com, ecelniker@mfrlegal.com, jarredondo@mfrlegal.com, lnear@mfrlegal.com

Scott S Thomas   sst@paynefears.com, lr.CourtNotices@paynefears.com, tengstrom@paynefears.com

John H. Podesta   john.podesta@wilsonelser.com, dawn.silberstein@wilsonelser.com, dennis.rhodes@wilsonelser.com, myume.swinford@wilsonelser.com

Andrew D. Herold   dkolb@heroldsagerlaw.com

Joshua Zlotlow   jzlotlow@heroldsagerlaw.com, amannerud@heroldsagerlaw.com, jbloedel@heroldsagerlaw.com, mhodge@heroldsagerlaw.com

Sarah J. Odia   sjb@paynefears.com, aholman@paynefears.com, imendez@paynefears.com, nbabas@paynefears.com, sjo@paynefears.com

David A. Astengo   dastengo@selmanlaw.com, sgaffey@selmanlaw.com

Laleaque Grad   lgrad@gradlawfirm.com, administrator@gradlawfirm.com, laleaque.grad@gmail.com

Benjamin J Carman   bcarman@ranallilawyers.com, astrange@ranallilawyers.com, dhicks@ranallilawyers.com, ranalliservice@ranallilawyers.com

☐ via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on the date and to the address(es) shown below:

Date: February 7, 2018          /s/*Sheila A. Darling*
                                An employee of Armstrong Teasdale LLP