ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
JOSHUA A. ZLOTLOW, ESQ.
Nevada Bar No. NV 11333
HEROLD & SAGER
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3624
Facsimile: (702) 990-3835
aherold@heroldsagerlaw.com
jzlotlow@heroldsagerlaw.com

Attorneys for Defendant LEXINGTON INSURANCE COMPANY and Third Party Defendant NEW HAMPSHIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>UNDERWRITERS AT LLOYDS LONDON; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG; NEW HAMPSHIRE | CASE NO. 2:17-CV-02407-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S THIRD-PARTY COMPLAINT [FIRST REQUEST]** |

| | |
|---|---|
| 1 | INSURANCE COMPANY; FIRST SPECIALTY INSURANCE COMPANY; ARCH SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; ROCKHILL INSURANCE COMPANY; and FIREMAN'S FUND INSURANCE COMPANY, |
| | Third Party Defendants. |

Defendant and Third-Party Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("St. Paul") and Third-Party Defendant NEW HAMPSHIRE INSURANCE COMPANY ("New Hampshire) hereby submit the following Stipulation Extending Time to File a Responsive Pleading to St. Paul's Third-Party Complaint in the above-captioned action.

WHEREAS, Centex Homes ("Centex") filed a Complaint on or about September 14, 2017, in the United States District Court, District of Nevada as Case Number 2:17-cv-02407, naming LEXINGTON INSURANCE COMPANY ("Lexington") as a defendant;

WHEREAS, on or about October 26, 2017, Lexington filed a Motion to Dismiss Centex's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f);

WHEREAS, on or about November 13, 2017, St. Paul filed a Third-Party Complaint in this action naming New Hampshire as a defendant;

WHEREAS, Lexington's Motion to Dismiss Centex's Complaint addresses legal issues that may have a substantial impact on Centex's claims against St. Paul as well as Centex's Third-Party claims against New Hampshire;

WHEREAS, on or about December 21, 2017, St. Paul served New Hampshire with the Third-Party Complaint through the State of Nevada Department of Business and Industry, Division of Insurance;

WHEREAS, the hearing date on Lexington's Motion to Dismiss Centex's Complaint is scheduled for January 8, 2018;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), New Hampshire's deadline to respond to the Third-Party Complaint is January 11, 2018;

///

WHEREAS, St. Paul and New Hampshire have agreed to extend the time for New Hampshire to file a responsive pleading to St. Paul's Third-Party Complaint until fourteen (14) days after the Court rules on Lexington's Motion to Dismiss Centex's Complaint.

NOW, THEREFORE, St. Paul and New Hampshire, by and through their respective counsel, hereby stipulate to allow for an extension of time for New Hampshire to file a responsive pleading until fourteen (14) days after the Court's ruling on Lexington's Motion to Dismiss Centex's Complaint.

DATED: January 3, 2018

MORALES FIERRO & REEVES

By: */s/ Ramiro Morales* (as authorized 1/3/18)
RAMIRO MORALES, ESQ.
rmorales@mfrlegal.com
Attorneys for Defendant and Third-Party Plaintiff
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

DATED: January 3, 2018

HEROLD & SAGER

By: [signature]
ANDREW D. HEROLD, ESQ.
aherold@heroldsagerlaw.com
JOSHUA A. ZLOTLOW, ESQ.
jzlotlow@heroldsagerlaw.com
Attorneys for Defendant LEXINGTON INSURANCE COMPANY and Third-Party Defendant NEW HAMPSHIRE INSURANCE COMPANY

**IT IS SO ORDERED:**

DATED: 2-13-2018

[signature]

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate