DAVID A. ASTENGO
NEVADA BAR NO. 11045
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone:     415.979.0400
Facsimile:     415.979.2099
Email:     dastengo@selmanlaw.com

Attorneys for EVEREST NATIONAL INSURANCE COMPANY

Eric S. Powers
Nevada Bar No. 12850
SELMAN BRIETMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone:    702.228.7771
Facsimile:    702.228.8824
Email:     epowers@selmanlaw.com
Designated For Nevada Service Only
(Per L.R. IA 11-1(b)(1))

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY; an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; and FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants. | Case No.   2:17-cv-02407-JAD-VCF<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND EVEREST NATIONAL INSURANCE COMPANY'S DEADLINE TO RESPOND TO CENTEX HOMES' FIRST AMENDED COMPLAINT<br><br>[SECOND REQUEST] |
| EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation,<br><br>Counterclaimant,<br><br>v. | |

1

|   |   |
|---|---|
| CENTEX HOMES, a Nevada general partnership, | |
| Counterdefendant. | |
| EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation, | |
| Cross-Claimant, v. | |
| INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation | |
| Cross-Defendant. | |

Defendant/Counterclaimant/Crossclaimaint EVEREST NATIONAL INSURANCE COMPANY (hereinafter, "Everest") and Plaintiff/Counterdefendant CENTEX HOMES ("Centex"), and pursuant to Local Rule IA 6-1, hereby submit the following Stipulation Extending Everest's Time To File a Responsive Pleading To Centex's First Amended Complaint in the above-captioned action (the "Stipulation"). Everest and Centex are hereinafter collectively referred to as the "Parties."

WHEREAS, Centex filed a First Amended Complaint on January 16, 2018, in the above-captioned action.

WHEREAS, Everest's deadline to respond to the First Amended Complaint was February 6, 2018.

WHEREAS on February 1, 2018, the Parties filed a "Stipulation and [Proposed] Order To Extend Everest National Insurance Company's Deadline To Respond To Centex Homes' First Amended Complaint."

WHEREAS, on February 1, 2018, the Court signed an Order extending the time for Everest to respond to Centex's First Amended Complaint.

WHEREAS, as required by Local Rule IA 6-1, this request is being submitted to the Court prior to the expiration of the February 16, 2016 deadline for Everest to file a responsive pleading to the First Amended Complaint.

2

WHEREAS, this is the second request to the Court for an extension of time for Everest to respond to Centex's First Amended Complaint.

WHEREAS, this Stipulation is requested so Everest and Centex may conclude addressing informally Everest's counterclaim(s) for reimbursement as well as the defense being provided Centex in an underlying action in the Clark County District Court.

WHEREAS, there will be no further requests to the Court for an extension of time for Everest to respond to Centex's First Amended Complaint.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, as follows: Everest shall have until and including February 23, 2018, to file a responsive pleading to Centex's First Amended Complaint.

PAYNE & FEARS, LLP

DATED: February 14, 2018   By:   /s/ Sarah J. Odia
SARAH J. ODIA
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, NV 89118
ATTORNEYS FOR
CENTEX HOMES

SELMAN BREITMAN, LLP

DATED: February 14, 2018   By:   /s/David A. Astengo
DAVID A. ASTENGO
Nevada Bar No. 11045
dastengo@selmanlaw.com
SELMAN BREITMAN, LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
ATTORNEYS FOR
EVEREST NATIONAL INSURANCE
COMPANY

Eric S. Powers
Nevada Bar No. 12850
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone (702) 228-7771
Facsimile. (702) 228-8824
Email: epowers@selmanlaw.com
Designated For Nevada Service Only
(Per L.R. IA 11-1(b)(1))

## ORDER

IT IS SO ORDERED: Everest National Insurance Company's response to Plaintiff's First Amended Complaint is due on or before  Febuary 23, 2018                    .

Dated this  14th  day of  February        , 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4