# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CENTEX HOMES,

        Plaintiff,

vs.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY, *et al.*,

        Defendants.

2:17-cv-02407-JAD-VCF

**ORDER**

Before the Court is the Joint Rule 26 Statement and Discovery Plan (ECF NO. 109). This is incorrectly labeled as the Joint Rule 26 Statement and Discovery Plan.

Under LR 26-8, unless the court orders otherwise, written discovery, including discovery requests, discovery responses, deposition notices, and deposition transcripts, must not be filed with the court.

Accordingly,

IT IS HEREBY ORDERED that the Joint Rule 26 Statement and Discovery Plan (ECF NO. 109) is STRICKEN.

DATED this 2nd day of April, 2018.

                                                                     CAM FERENBACH
                                                                     UNITED STATES MAGISTRATE JUDGE