1  RAMIRO MORALES, #007101
   rmorales@mfrlegal.com
2  MORALES FIERRO & REEVES
3  600 Tonopah Drive, Suite 300
   Las Vegas, NV  89106
4  Telephone:  (702) 699-7822
   Facsimile:  (702) 699-9455
5
   Attorneys for Defendant and Third Party Plaintiff
6  ST. PAUL FIRE AND MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM AND CROSS ACTION.<br><br>AND RELATED THIRD PARTY ACTION. | CASE NO.:  2:17-cv-02407-JAD-VCF<br><br>STIPULATION AND ORDER DISMISSING DEFENDANT AND THIRD PARTY PLAINTIFF ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S THIRD PARTY CLAIMS AS TO ONLY THIRD PARTY DEFENDANT PROBUILDERS SPECIALTY INSURANCE COMPANY RRG |

Defendant and Third Party Plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul"), by and through its counsel of record, Ramiro Morales, of the Law Offices of Morales Fierro & Reeves, and Third Party Defendant ProBuilders Specialty Insurance Company, RRG ("ProBuilders"), by and through its counsel of record, John H. Podesta, of Wilson Elser Moskowitz Edelman & Dicker LLP, hereby stipulate and agree that St. Paul's causes of action against ProBuilders, only, as set forth in St. Paul's Third Party Complaint filed in this matter on November 13, 2017, be dismissed, St. Paul and ProBuilders to each bear its own fees and costs.

IT IS SO STIPULATED.

DATED: May 16, 2018                                MORALES FIERRO & REEVES

By: /s/ Ramiro Morales
Ramiro Morales, Esq.
600 South Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: (702) 699-7822

Attorneys for Defendant and Third Party Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

DATED: May 16, 2018                                WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: /s/ John H. Podesta
John H. Podesta, Esq.
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990

Attorneys for Third Party Defendant PROBUILDERS SPECIALTY INSURANCE COMPANY RRG

(Signatures continued next page)

///

///

Approved as to form and content by:

DATED: May 16, 2018					PAYNE & FEARS LLP


							By:	*/s/ Sarah J. Odia*
								Scott S. Thomas, Esq.
								Sarah J. Odia, Esq.
								6385 S. Rainbow Blvd., Suite 220
								Las Vegas, NV 89118
								Telephone: (702) 851-0300

								Attorneys for Plaintiff CENTEX HOMES


DATED: May 16, 2018					SELMAN BREITMAN, LLP


							By:	*/s/ David A. Astengo*
								David A. Astengo
								Eric S. Powers
								33 New Montgomery, Sixth Floor
								San Francisco, CA 94105
								Telephone: (702) 228-7771

								Attorneys for Defendant EVEREST
								NATIONAL INSURANCE COMPANY


DATED: May 16, 2018					RANALLI ZANIEL FOWLER & MORAN LLC


							By:	*/s/ Benjamin J. Carman*
								Benjamin J. Carman, Esq.
								2400 W. Horizon Ridge Parkway
								Henderson, Nevada 89052
								Telephone: (702) 477-7774

								Attorneys for Defendant INTERSTATE FIRE
								AND CASUALTY COMPANY

(Signatures continued next page)

///

///

| | | |
|---|---|---|
| 1 | DATED: May 16, 2018 | HEROLD & SAGER |
| 2 | | |
| 3 | | By:   */s/ Joshua A. Zlotlow* |
| 4 | |      Andrew D. Herold, Esq. |
| | |      Joshua A. Zlotlow, Esq. |
| 5 | |      3960 Howard Hughes Parkway, Suite 500 |
| | |      Las Vegas, NV 89169 |
| 6 | |      Telephone: (702) 990-3624 |

Attorneys for Defendant LEXINGTON INSURANCE COMPANY and Third Party Defendant NEW HAMPSHIRE INSURANCE COMPANY

DATED: May 16, 2018            MORALES FIERRO & REEVES

By:   */s/ Ramiro Morales*
     Ramiro Morales, Esq.
     600 South Tonopah Drive, Suite 300
     Las Vegas, NV 89106
     Telephone: (702) 699-7822

Attorneys for Defendant FEDERAL INSURANCE COMPANY

DATED: May 16, 2018            ROPERS, MAJESKI, KOHN & BENTLEY

By:   */s/ Stephen J. Erigero*
     Stephen J. Erigero
     Timothy J. Lepore
     3753 Howard Hughes Pkwy, Suite 200
     Las Vegas, NV 89169
     Telephone: (702) 954-8300

Attorneys for Third Party Defendants UNDERWRITERS AT LLOYDS LONDON, ROCKHILL INSURANCE COMPANY

(Signatures continued next page)

///

| | | |
|---|---|---|
| 1 | DATED: May 16, 2018 | THE GRAD LAW FIRM |
| 2 | | |
| 3 | | By:   */s/ Laleaque Grad* |
| 4 | |       Laleaque Grad, Esq. |
| 5 | |       8275 South Eastern Avenue<br>      Las Vegas, NV 89123<br>      Telephone: (702) 990-8387 |

DATED: May 16, 2018          THE GRAD LAW FIRM

By:  */s/ Laleaque Grad*
     Laleaque Grad, Esq.
     8275 South Eastern Avenue
     Las Vegas, NV 89123
     Telephone: (702) 990-8387

     Attorneys for Third Party Defendant FIRST SPECIALTY INSURANCE CORPORATION

DATED: May 16, 2018          ARMSTRONG TEASDALE LLP

By:  */s/ MichelleD. Alarie*
     Kevin R. Stolworthy, Esq.
     Michelle D. Alarie, Esq.
     3770 Howard Hughes Parkway, Suite 200
     Las Vegas, NV 89169
     Telephone: (702) 678-5070

     Attorneys for Third Party Defendant ARCH SPECIALTY INSURANCE COMPNAY

DATED: May 16, 2018          WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By:  */s/ John H. Podesta*
     John H. Podesta, Esq.
     525 Market Street, 17th Floor
     San Francisco, CA 94105
     Telephone: (415) 433-0990

     Attorneys for Third Party Defendant IRONSHORE SPECIALTY INSURANCE COMPANY

///
///
///

# **ORDER**

IT IS SO ORDERED: Defendant and Third Party Plaintiff St. Paul Fire and Marine Insurance Company's causes of action against Third Party Defendant ProBuilders Specialty Insurance Company, RRG, only, as set forth in St. Paul's Third Party Complaint filed in this matter on November 13, 2017, are hereby dismissed, St. Paul and ProBuilders to each bear its own attorney's fees and costs.

Dated: May 18, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Case No. 2:17-cv-2407-JAD-VCF   (ECF No. 112)