Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Plaintiff and Counterdefendant
CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY; an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY; an Indiana corporation<br><br>　　　　Defendants. | Case No. 2:17-cv-02407-JAD-VCF<br><br>**ORDER GRANTING CENTEX HOMES' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (ECF No. 111)** |
| EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>CENTEX HOMES, a Nevada general partnership,<br><br>　　　　Counterdefendant. | |

| | |
|---|---|
| EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation, | |
| Cross-Claimant, | |
| v. | |
| INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation, | |
| Cross-Defendant. | |

Plaintiff/Counter-defendant, Centex Homes' ("Centex") Motion for Leave to file its Second Amended Complaint was filed and served on May 10, 2018. (ECF No. 111). The deadline to respond to Centex's motion of May 24, 2018 has passed and no responses or oppositions to Centex's Motion have been filed or served, thus constituting consent to granting the motion by opposing parties. LR 7-2(d). Centex's motion further having been timely filed before the deadline to amend pleadings and add parties in this case of November 1, 2018, and the Court having considered the Motion, pleadings and papers on file herein, and the failure by any party to oppose the Motion and good cause appearing, THEREFORE:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Centex's Motion for leave to file its Second Amended Complaint is GRANTED. The Second Amended Complaint must be filed on or before June 7, 2018.

DATED: May 31, 2018 _____

_____
Cam Ferenbach
United States Magistrate Judge