# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| CENTEX HOMES, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-CV-02407-JAD-VCF |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is Everest National Insurance Company's Motion for Leave to Amend Its Cross-Claim (ECF No. 137).

Under LR 7-2(d), The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, no opposition has been filed. It would seem as though the other parties have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that Everest National Insurance Company's Motion for Leave to Amend Its Cross-Claim (ECF No. 137) is GRANTED.

Everest National Insurance Company must file its Amended Cross-Claim on or before February 4, 2019.

DATED this 28th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE