ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
JOSHUA A. ZLOTLOW, ESQ.
Nevada Bar No. NV 11333
HEROLD & SAGER
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV  89169
Telephone:  (702) 990-3624
Facsimile:  (702) 990-3835
aherold@heroldsagerlaw.com
jzlotlow@heroldsagerlaw.com

Attorneys for Defendant LEXINGTON INSURANCE COMPANY and Third Party Defendant NEW HAMPSHIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>        Plaintiffs,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>        Defendants. | CASE NO.      2:17-CV-02407-JAD-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>**FIRST REQUEST** |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>        Third Party Plaintiff,<br><br>vs.<br><br>UNDERWRITERS AT LLOYDS LONDON; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG; NEW HAMPSHIRE | |

| | |
|---|---|
| 1 | INSURANCE COMPANY; FIRST SPECIALTY INSURANCE COMPANY; ARCH SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; ROCKHILL INSURANCE COMPANY; and FIREMAN'S FUND INSURANCE COMPANY, |
| | Third Party Defendants. |

Plaintiff CENTEX HOMES ("Centex") and Defendant LEXINGTON INSURANCE COMPANY ("Lexington") hereby submit the following Stipulation Extending Time to File a Response to Centex's Motion to Compel Discovery Responses in the above-captioned action.

WHEREAS, Centex filed a Motion to Compel Discovery Responses against Lexington on January 23, 2019 (EFC No. 138);

WHEREAS, the response to the above-referenced motion is presently due on February 6, 2019;

WHEREAS, Lexington is in the process of changing counsel in this action and it is expected that the substitution shall soon be filed with this Court;

WHEREAS, the response to Centex's Motion to Compel Discovery Responses will be prepared by Lexington's new counsel who is still in the process of taking over the handling of this case;

WHEREAS, Centex and Lexington have agreed to extend the time for Lexington to respond to Centex's Motion to Compel Discovery Responses to February 25, 2019.

///
///
///
///
///
///
///
///

NOW, THEREFORE, Centex and Lexington, by and through their respective counsel, hereby stipulate to allow for an extension of time for Lexington to Respond to Centex's Motion to Compel Discovery Responses until February 25, 2019.

DATED: February 5, 2019                    PAYNE & FEARS LLP

                                           By:   */s/ Sarah J. Odia*
                                           SCOTT S. THOMAS, ESQ.
                                           sst@paynefears.com
                                           SARAH J. ODIA, ESQ.
                                           sjo@paynefears.com
                                           Attorneys for Plaintiff CENTEX HOMES

DATED: February_5, 2019                    HEROLD & SAGER

                                           By:   */s/ Joshua A. Zlotlow*
                                           ANDREW D. HEROLD, ESQ.
                                           aherold@heroldsagerlaw.com
                                           JOSHUA A. ZLOTLOW, ESQ.
                                           jzlotlow@heroldsagerlaw.com
                                           Attorneys for Defendant LEXINGTON
                                           INSURANCE COMPANY and Third-Party
                                           Defendant NEW HAMPSHIRE INSURANCE
                                           COMPANY

**IT IS SO ORDERED:**

DATED: 2-6-2019

                                           _____
                                           Cam Ferenbach
                                           United States Magistrate Judge