ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
JOSHUA A. ZLOTLOW, ESQ.
Nevada Bar No. NV 11333
HEROLD & SAGER
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3624
Facsimile: (702) 990-3835
aherold@heroldsagerlaw.com
jzlotlow@heroldsagerlaw.com

Attorneys for Defendant and Cross-Defendant LEXINGTON INSURANCE COMPANY
and Third Party Defendant NEW HAMPSHIRE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership, | CASE NO.　　2:17-CV-02407-JAD-VCF |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME TO FILE A RESPONSE TO EVEREST NATIONAL INSURANCE COMPANY'S FIRST AMENDED CROSS-CLAIM** |
| vs. | |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation, | **FIRST REQUEST** |
| Defendants. | |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | |
| Third Party Plaintiff, | |
| vs. | |
| UNDERWRITERS AT LLOYDS LONDON; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG; NEW HAMPSHIRE | |

| | |
|---|---|
| 1 | INSURANCE COMPANY; FIRST SPECIALTY INSURANCE COMPANY; ARCH SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; ROCKHILL INSURANCE COMPANY; and FIREMAN'S FUND INSURANCE COMPANY, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Third Party Defendants. |
| 6 | |
| 7 | EVEREST NATIONAL INSURANCE COMPANY, |
| 8 | Cross-Claimant, |
| 9 | v. |
| 10 | INTERSTATE FIRE & CASUALTY COMPANY; LEXINGTON INSURANCE COMPANY, |
| 11 | |
| 12 | Cross-Defendants. |
| 13 | |

14      Cross-Claimant EVEREST NATIONAL INSURANCE COMPANY ("Everest") and Cross-

15 Defendant LEXINGTON INSURANCE COMPANY ("Lexington") hereby submit the following

16 Stipulation Extending Time to File a Response to Everest's First Amended Cross-Claim in the

17 above-captioned action.

18      WHEREAS, Everest filed it Cross-Claim against Lexington on January 31, 2019 (EFC No.

19 140);

20      WHEREAS, the response to the above-referenced cross-claim is presently due on February

21 14, 2019;

22      WHEREAS, Lexington is in the process of changing counsel in this action and it is expected

23 that the substitution shall soon be filed with this Court;

24      WHEREAS, the response to Everest's cross-claim will be prepared by Lexington's new

25 counsel who is still in the process of taking over the handling of this case;

26      WHEREAS, Everest and Lexington have agreed to extend the time for Lexington to respond

27 to Everest's cross-claim to February 28, 2019.

28 ///

NOW, THEREFORE, Everst and Lexington, by and through their respective counsel, hereby stipulate to allow for an extension of time for Lexington to Respond to Everest's Cross-Claim until February 28, 2019.

DATED: February 14, 2019

SELMAN BRIETMAN LLP

By: _/s/ David A. Astengo_
DAVID A. ASTENGO, ESQ.
dastengo@selmanlaw.com
Attorneys for Defendant/Counterclaimant/Cross-Claimant EVERST NATIONAL INSURANCE COPMANY

DATED: February 14, 2019

HEROLD & SAGER

By: _/s/ Joshua A. Zlotlow_
ANDREW D. HEROLD, ESQ.
aherold@heroldsagerlaw.com
JOSHUA A. ZLOTLOW, ESQ.
jzlotlow@heroldsagerlaw.com
Attorneys for Defendant/Cross-Defendant LEXINGTON INSURANCE COMPANY and Third-Party Defendant NEW HAMPSHIRE INSURANCE COMPANY

**IT IS SO ORDERED:**

DATED: _2-14-2019_____

Cam Ferenbach
United States Magistrate Judge