Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Plaintiff and Counterdefendant
CENTEX HOMES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and UNDERWRITERS AT LLOYDS LONDON, an England corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | Case No.: 2:17-cv-02407-JAD-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE A REPLY IN SUPPORT OF CENTEX HOMES' MOTION TO COMPEL DISCOVERY RESPONSES FROM LEXINGTON INSURANCE COMPANY [ECF 138]**<br><br>**[FIRST REQUEST]** |

Plaintiff CENTEX HOMES ("Centex") and Defendant LEXINGTON INSURANCE COMPANY ("Lexington") hereby submit the following Stipulation Extending Time to File a Reply to Centex's Motion to Compel Discovery Responses in the above-captioned action.

WHEREAS, Centex filed a Motion to Compel Discovery Responses against Lexington on January 23, 2019 (ECF No. 138);

WHEREAS, Lexington filed a response to the above-referenced motion on February 25, 2019 (ECF 148);

WHEREAS, Centex's reply brief is currently due on March 4, 2019;

WHEREAS, counsel for Centex is attending a multi-day out-of-state conference beginning on February 27, 2019 and therefore is unavailable to prepare a reply;

WHEREAS, Centex and Lexington have agreed to extend the time for Centex to reply to its Motion to Compel Discovery Responses to March 11, 2019;

NOW, THEREFORE, Centex and Lexington, by and through their respective counsel, hereby stipulate to allow for an extension of time for Centex to Reply to its Motion to Compel Discovery Responses until March 11, 2019.

DATED: February 27, 2019    PAYNE & FEARS LLP

By   */s/ Sarah J. Odia*
SCOTT S. THOMAS, NV Bar No. 7937
SARAH J. ODIA, NV Bar No. 11053
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Tel. (702) 851-0300

Attorneys for Plaintiff and Counterdefendant
CENTEX HOMES

| | |
|---|---|
| DATED: February 27, 2019 | HEROLD & SAGER |

By     */s/ Joshua A. Zlotlow*
ANDREW D. HEROLD, NV Bar No. 7378
JOSHUA A. ZLOTLOW, NV Bar No. 11333
3960 Howard Hughes Parkway, Ste. 500
Las Vegas, NV 89169
Tel.: (702) 990-3624

Attorneys for Defendant LEXINGTON INSURANCE COMPANY

DATED: February 27, 2019     MORAN BRANDON BENDAVID MORAN

By     */s/ Jeffery A. Bendavid*
JEFFERY A. BENDAVID, NV Bar No. 6220
STEPHANIE J. SMITH, NV Bar No. 11280
630 South 4th St.
Las Vegas, NV 89101
Tel.: (702) 384-8424

Attorneys for Defendant LEXINGTON INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated this 27th day of February, 2019.

4816-3948-4809.1