# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CENTEX HOMES,<br><br>          Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, *et al.*,<br><br>          Defendants. | 2:17-CV-02407-JAD-VCF<br>**<u>ORDER</u>** |

Before the court is Centex Homes' Motion to Compel Discovery Responses from Lexington Insurance Company and Request for Fees Pursuant to FRCP 37 (ECF No. 138).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Centex Homes' Motion to Compel Discovery Responses from Lexington Insurance Company and Request for Fees Pursuant to FRCP 37 (ECF No. 138) is scheduled for 10:00 AM, March 20, 2019, in Courtroom 3D.

DATED this 13th day of March, 2019.

                                                                         CAM FERENBACH<br>                                                                         UNITED STATES MAGISTRATE JUDGE