**SAO**
**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
j.bendavid@moranlawfirm.com
**STEPHANIE J. SMITH, ESQ.**
Nevada Bar No. 11280
s.smith@moranlawfirm.com
**MORAN BRANDON BENDAVID MORAN**
630 South 4th Street
Las Vegas, Nevada 89101
Phone (702) 384-8424

**CHRISTINE MAGARIAN, ESQ.**
CA State Bar No. 198762 *(Pro Hac Vice Pending)*
cmagarian@kdvlaw.com
**KAUFMAN DOLOWICH VOLUCK LLP**
11755 Wilshire Boulevard Suite 2400
Los Angeles, California 90025
Telephone: (310) 775-6511

*Attorneys for Defendant LEXINGTON INSURANCE COMPANY
and Third Party Defendant NEW HAMPSHIRE INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada General Partnership,<br><br>          Plaintiffs,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>          Defendants. | CASE NO.: 2:17-CV-02407-JAD-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING SET FOR APRIL 8, 2019** |



| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | |
| Third Party Plaintiff, | |
| vs. | |
| UNDERWRITERS AT LLOYDS LONDON; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG; NEW HAMPSHIRE INSURANCE COMPANY; FIRST SPECIALTY INSURANCE COMPANY; ARCH SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; ROCKHILL INSURANCE COMPANY; and FIREMAN'S FUND INSURANCE COMPANY, | |
| Third Party Defendants. | |
| EVEREST NATIONAL INSURANCE COMPANY, | |
| Cross-Claimant, | |
| v. | |
| INTERSTATE FIRE & CASUALTY COMPANY; LEXINGTON INSURANCE COMPANY, | |
| Cross-Defendants. | |

COMES NOW, Centex Homes ("Centex") and Lexington Insurance Company ("Lexington")(collectively, "Parties") and hereby submit the following stipulation for consideration by the Court. Whereas Centex brought a Motion to Compel Discovery Responses from Lexington Insurance Company and Request for Fees Pursuant to FRCP 37, which was heard by this Court on March 20, 2019. Whereas the Court continued the hearing on Centex's Motion to April 8, 2019 at 11:00 a.m. Lexington is bringing in new



counsel who needs time to review the matter and get up to speed on the outstanding disputed discovery and the status of the case. As such, the Parties hereby stipulate and respectfully request that the hearing set for April 8, 2019 be briefly continued to April 11 or April 12, 2019 at the Court's convenience.

| | |
|---|---|
| **MORAN BRANDON BENDAVID MORAN** | **PAYNE & FEARS** |
| /s/ Jeffery A. Bendavid, Esq. | /s/ Sarah J. Odia, Esq. |
| **JEFFERY A. BENDAVID, ESQ.** | **SCOTT S. THOMAS, ESQ.** |
| Nevada Bar No. 6220 | Nevada Bar No. 7937 |
| **STEPHANIE J. SMITH, ESQ.** | **SARAH J. ODIA, ESQ.** |
| Nevada Bar No. 11280 | Nevada Bar No. 11053 |
| 630 South 4th Street | 6385 S. Rainbow Blvd., Suite 220 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada, 89118 |
| (702) 384-8424 | (702) 851-0300 |
| *Attorneys for Defendant Lexington Insurance Company and Third Party Defendant New Hampshire Insurance Company* | *Attorneys for Centex Homes* |

IT IS SO ORDERED that the hearing on Centex Homes' Motion to Compel Discovery Responses from Lexington Insurance Company and Request for Fees pursuant to FRCP 37 is hereby moved to the 19th day of April, 2019, at 10:00 a.m., in Courtroom 3D.

Dated this 5th, day of April, 2019

_____
UNITED STATES MAGISTRATE JUDGE

4818-5488-9363.1



3