# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CENTEX HOMES,<br><br>        Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY; an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY; an Indiana corporation; and ADMIRAL INSURANCE COMPANY, a New Jersey Corporation,<br><br>        Defendant. | 2:17-CV-02407-JAD-VCF<br>**<u>ORDER UPON REVIEW OF REDACTED PRODUCTION BY LEXINGTON INSURANCE COMPANY</u>** |

Before the Court is *Centex Homes v. St. Paul Fire and Marine Insurance Company, et al.*, case number 2:17-cv-02407-JAD-VCF.

Centex timely submitted to chambers for *in camera* review documents identified in the attached "Privilege Log Updates 11/28/18." The first five items on the log all reference the same bates number, LEX 0344. This is because there were five separate redactions on the same page produced by Lexington. The court has appended numbers (1) through (5) to the log for ease of reference in this order.

In a cover letter for the delivery of these documents, counsel for Lexington stated that it has agreed to disclose as unredacted LEX 0344(5) and LEX 0346. After reviewing the entire *in camera* submission, the court finds that the redacted information designated LEX (1 - 4) is not relevant to any claim or defense and need not be produced in an unredacted form. Similarly, the premium information redacted from the documents beginning with LEX 0712 through the end of the attached privilege log is irrelevant to any claim or defense and need not be produced.

The court finds that information redacted from the following documents is relevant to a claim or defense and are not privileged: LEX 0344(5), LEX 0345, LEX 0346, LEX 0567-0568, LEX 0568-0570, LEX 0571, LEX 0572 and LEX 0574-0583.

Accordingly, IT IS HEREBY ORDERED that, on or before May 9, 2019, Lexington must deliver to Centex unredacted copies of LEX 0344(5), LEX 0345, LEX 0346, LEX 0567-0568, LEX 0568-0570, LEX 0571, LEX 0572 and LEX 0574-0583.

DATED this 2nd day of May, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

*Centex Homes v. St. Paul Fire & Marine Ins. Co., et al. (Kuchnik)*
U.S. District Court Case No. 2:17-CV-02407-JAD-VCF
Lexington's Privilege Log Updated 11/28/18

| DATE | BATES NUMBERS | DOCUMENT | FROM | TO | PRIVILEGE / BASIS |
|---|---|---|---|---|---|
| | LEX 0344 (1) | Claim notes regarding reserves | | | Not relevant and not reasonably calculated to lead to the discovery of admissible evidence. Confidential and proprietary business information and trade secrets. |
| | LEX 0344 (2) | Claim note pertaining to communication with counsel | | | Not relevant and not reasonably calculated to lead to the discovery of admissible evidence. Confidential communication protected by the attorney-client privilege and/or the attorney work-product doctrine. |
| | LEX 0344 (3) | Claim note pertaining to communication with counsel | | | Not relevant and not reasonably calculated to lead to the discovery of admissible evidence. Confidential communication protected by the attorney-client privilege and/or the attorney work-product doctrine. |
| | LEX 0344 (4) | Claim notes regarding reserves | | | Not relevant and not reasonably calculated to lead to the discovery of admissible evidence. Confidential and proprietary business information and trade secrets. |
| | LEX 0344 (5) | Claim note pertaining to named insured claim handling-related information | | | Third-party privacy. Not relevant and not reasonably calculated to lead to the discovery of admissible evidence. Confidential and proprietary business information and trade secrets. |
| | LEX 0345 | Claim note regarding named insured tender | | | Third-party privacy and attorney-client privileged. Not relevant and not reasonably calculated to lead to the discovery of admissible evidence. |
| | LEX 0346 | Claim note pertaining to the named insured and applicable claim handling | | | Third-party privacy. Not relevant and not reasonably calculated to lead to the discovery of admissible evidence. Confidential and proprietary business information and trade secrets. |

| DATE | BATES NUMBERS | DOCUMENT | FROM | TO | PRIVILEGE / BASIS |
|---|---|---|---|---|---|
| 10/1/14 | LEX 0567-0568 | Letter from Desert Plastering's Counsel to Lexington | James Murphy | Rebecca Fowler | Third-party privacy. Confidential communication protected by the attorney-client privilege and/or the attorney work-product doctrine. |
| 10/2/14 | LEX 0569-0570 | Letter from Desert Plastering's Counsel to Lexington | James Murphy | Rebecca Fowler | Third-party privacy. Confidential communication protected by the attorney-client privilege and/or the attorney work-product doctrine. |
| 10/3/14 | LEX 0571 | Letter from Desert Plastering's Counsel to Lexington | James Murphy | Rebecca Fowler | Third-party privacy. Confidential communication protected by the attorney-client privilege and/or the attorney work-product doctrine. |
| 11/3/14 | LEX 0572 | Letter from Desert Plastering's Counsel to Lexington | James Murphy | Rebecca Fowler | Third-party privacy. Confidential communication protected by the attorney-client privilege and/or the attorney work-product doctrine. |
| 09/02/15 | LEX 0574-0583 | Letter to Lexington from Desert Plastering's Counsel to Lexington | Laura Boezeman-Farias | Lexington | Third-party privacy. Confidential communication protected by the attorney-client privilege and/or the attorney work-product doctrine. |
| | LEX 0712 | Premium Information | | | Third-party privacy. Confidential and proprietary business information and trade secrets. Not relevant or reasonably calculated to lead to the discovery of admissible evidence |
| | LEX 0716 | Premium Information | | | Third-party privacy. Confidential and proprietary business information and trade secrets. Not relevant or reasonably calculated to lead to the discovery of admissible evidence |
| | LEX 0754 | Premium Information | | | Third-party privacy. Confidential and proprietary business information and trade secrets. Not relevant or reasonably calculated to lead to the discovery of admissible evidence |

*Centex Homes v. St. Paul Fire & Marine Ins. Co., et al. (Kachnik)*
U.S. District Court Case No. 2:17-CV-02407-JAD-VCF
Lexington's Privilege Log Updated 11/28/18

| DATE | BATES NUMBERS | DOCUMENT | FROM | TO | PRIVILEGE / BASIS |
|---|---|---|---|---|---|
| | LEX 0764 | Premium Information | | | Third-party privacy. Confidential and proprietary business information and trade secrets. Not relevant or reasonably calculated to lead to the discovery of admissible evidence |
| | LEX 0771 | Premium Information | | | Third-party privacy. Confidential and proprietary business information and trade secrets. Not relevant or reasonably calculated to lead to the discovery of admissible evidence |
| | LEX 0773 | Premium Information | | | Third-party privacy. Confidential and proprietary business information and trade secrets. Not relevant or reasonably calculated to lead to the discovery of admissible evidence |
| | LEX 0803 | Premium Information | | | Third-party privacy. Confidential and proprietary business information and trade secrets. Not relevant or reasonably calculated to lead to the discovery of admissible evidence |
| | LEX 0806 | Premium Information | | | Third-party privacy. Confidential and proprietary business information and trade secrets. Not relevant or reasonably calculated to lead to the discovery of admissible evidence |
| | LEX 0823 | Premium Information | | | Third-party privacy. Confidential and proprietary business information and trade secrets. Not relevant or reasonably calculated to lead to the discovery of admissible evidence |
| | LEX 0825 | Premium Information | | | Third-party privacy. Confidential and proprietary business information and trade secrets. Not relevant or reasonably calculated to lead to the discovery of admissible evidence |

*Centex Homes v. St. Paul Fire & Marine Ins. Co., et al. (Kachnik)*
U.S. District Court Case No. 2:17-CV-02407-JAD-VCF
Lexington's Privilege Log Updated 11/28/18

| DATE | BATES NUMBERS | DOCUMENT | FROM | TO | PRIVILEGE / BASIS |
|---|---|---|---|---|---|
| | LEX 0876-0878 | Premium Information | | | Third-party privacy. Confidential and proprietary business information and trade secrets. Not relevant or reasonably calculated to lead to the discovery of admissible evidence |
| | LEX 0880-0881 | Premium Information | | | Third-party privacy. Confidential and proprietary business information and trade secrets. Not relevant or reasonably calculated to lead to the discovery of admissible evidence |