**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
j.bendavid@moranlawfirm.com
**STEPHANIE J. SMITH, ESQ.**
Nevada Bar No. 11280
s.smith@moranlawfirm.com
**MORAN BRANDON BENDAVID MORAN**
630 South 4th Street
Las Vegas, Nevada 89101
Phone (702) 384-8424

**CHRISTINE MAGARIAN, ESQ.**
*Pro Hac Vice*
cmagarian@kdvlaw.com
**KAUFMAN DOLOWICH VOLUCK LLP**
11755 Wilshire Boulevard Suite 2400
Los Angeles, California 90025
Telephone: (310) 775-6511

*Attorneys for Defendant LEXINGTON INSURANCE COMPANY
and Third Party Defendant NEW HAMPSHIRE INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada General Partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants. | CASE NO.: 2:17-CV-02407-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DATE FOR PRODUCTION OF CERTAIN DOCUMENTS** |



| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | |
| Third Party Plaintiff, | |
| vs. | |
| UNDERWRITERS AT LLOYDS LONDON; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG; NEW HAMPSHIRE INSURANCE COMPANY; FIRST SPECIALTY INSURANCE COMPANY; ARCH SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; ROCKHILL INSURANCE COMPANY; and FIREMAN'S FUND INSURANCE COMPANY, | |
| Third Party Defendants. | |
| EVEREST NATIONAL INSURANCE COMPANY, | |
| Cross-Claimant, | |
| v. | |
| INTERSTATE FIRE & CASUALTY COMPANY; LEXINGTON INSURANCE COMPANY, | |
| Cross-Defendants. | |

COMES NOW, Centex Homes ("Centex") and Lexington Insurance Company ("Lexington")(collectively, "Parties") and hereby submit the following stipulation for approval by the Court.

Whereas, pursuant to the Court's Order, Centex provided Lexington with six (6) additional insured claim file numbers, including claim file no. 4680176110US, which Lexington was to produce by May 10, 2019.



Whereupon Lexington was preparing the production of the claim file documents and discovered that one of the claim file numbers provided by Centex, claim file no. 4680176110US was incorrect and should be claim file no. 1093151941US, and whereby Centex similarly agreed that the claim number was incorrect.

The Parties have agreed that Lexington may have one additional week, up to and including May 17, 2019 to produce the non-privileged portions of claim file no. 1093151941US and, if necessary, any privilege log to Centex.

Dated this 8th day of May, 2019.

| MORAN BRANDON BENDAVID MORAN | PAYNE & FEARS |
|---|---|
| /s/ Stephanie J. Smith, Esq. | /s/ Sarah J. Odia, Esq. |
| **JEFFERY A. BENDAVID, ESQ.** | **SCOTT S. THOMAS, ESQ.** |
| Nevada Bar No. 6220 | Nevada Bar No. 7937 |
| **STEPHANIE J. SMITH, ESQ.** | **SARAH J. ODIA, ESQ.** |
| Nevada Bar No. 11280 | Nevada Bar No. 11053 |
| 630 South 4th Street | 6385 S. Rainbow Blvd., Suite 220 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada, 89118 |
| (702) 384-8424 | (702) 851-0300 |
|  | *Attorneys for Centex Homes* |

**KAUFMAN DOLOWICH VOLUCK**

 /s/ Christine Magarian, Esq.
**CHRISTINE MAGARIAN, ESQ.**
(*Pro Hac Vice*)
11755 Wilshire Blvd., Suite 2400
Los Angeles, CA 90025
*Attorneys for Defendant Lexington Insurance Company and Third Party Defendant New Hampshire Insurance Company*



# ORDER

IT IS SO ORDERED that Lexington may have up to and including May 17, 2019 to produce documents, and if necessary, a privilege log related to claim file no. 1093151941US.

Dated this 8th, day of May, 2019

_____
**UNITED STATES MAGISTRATE JUDGE**

MBBM
MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 South 4th Street
Las Vegas, Nevada 89101
Phone: (702) 384-8424
Fax: (702) 384-6568