# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CENTEX HOMES,<br><br>        Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>        Defendant. | 2:17-cv-02407-JAD-VCF<br><br>**ORDER** |

       Before the court is Defendant Admiral Insurance Company's Motion to Appear Telephonically for Motion Set for August 6, 2019 at 1:00 PM. (ECF NO. 183). Sufficient reason has been given to grant the instant motion.

       Accordingly,

       IT IS HEREBY ORDERED that Defendant Admiral Insurance Company's Motion to Appear Telephonically for Motion Set for August 6, 2019 at 1:00 PM (ECF NO. 183) is GRANTED.

       The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

       DATED this 26th day of July, 2019.

                                                                                       _____
                                                                                  CAM FERENBACH
                                                                                   UNITED STATES MAGISTRATE JUDGE