John H. Podesta
Nevada Bar No. 7487
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
john.podesta@wilsonelser.com
Tel.:   (415) 433-0990
Fax:   (415) 434-1370

*Address for Personal Service Only*
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
300 South 4th Street, Ste. 1100
**Las Vegas, NV 89101**

Attorneys for Third Party Defendants
ARCH SPECIALTY INSURANCE CO.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants. | CASE NO. 2:17-CV-02407-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ARCH SPECIALTY INSURANCE COMPANY**<br><br>Action Filed:     Sept. 14, 2017<br>Trial Date:      None Set<br><br>ECF No. 185 |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>UNDERWRITERS AT LLOYDS LONDON; PROBUILDERS SPECIALTY INSURANCE | |

2230461v.1

COMPANY, RRG; NEW HAMPSHIRE
INSURANCE COMPANY; FIRST
SPECIALTY INSURANCE COMPANY;
ARCH SPECIALTY INSURANCE
COMPANY; IRONSHORE SPECIALTY
INSURANCE COMPANY; ROCKHILL
INSURANCE COMPANY;and FIREMAN'S
FUND INSURANCE COMPANY,

Third Party Defendants.

AND RELATED CROSS-ACTIONS

IT IS HEREBY STIPULATED by Plaintiff CENTEX HOMES, Third-Party Plaintiff ST. PAUL FIRE & MARINE INSURANCE COMPANY, and Third-Party Defendant ARCH SPECIALTY INSURANCE COMPANY, that Third-Party Defendant ARCH SPECIALTY INSURANCE COMPANY is hereby dismissed from the above-captioned matter **without** prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2230461v.1

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay. Each party to bear its own fees and costs.

Dated: July 26, 2019                          Dated: July 26, 2019

PAYNE & FEARS LLP                          WILSON ELSER MOSKOWITZ
                                                        EDELMAN & DICKER LLP

By: /s/ Sara Odia                               By: /s/ John Podesta
Sara Odia                                          John H. Podesta
Nevada Bar No. 11053                        Nevada Bar No. 7487
6385 S. Rainbow Blvd, Suite 220        525 Market Street, 7th Floor
Las Vegas, Nevada 89118                   San Francisco, California 94105-2725
(702) 851-0300                                  (415) 625-9251
*Attorney for Plaintiff CENTEX HOMES*     *Attorneys for Third Party Defendant*
                                                        *ARCH SPECIALTY INSURANCE COMPANY*

Dated: July 26, 2019

MORALES FIERRO REEVES                          **ORDER**

By: /s/ William Reeves                  **Based on the parties' stipulation [ECF No.**
William C. Reeves                       **185], which I construe as a joint motion under Local**
Nevada Bar No. 8235                     **Rule 7-1(c) because it was signed by fewer than all the**
2151 Salvio Street, Suite 280           **parties or their attorneys, and with good cause**
Concord, CA 94520                       **appearing, IT IS HEREBY ORDERED that THE**
(925) 288-1776                          **CLAIMS AGAINST ARCH SPECIALTY**
*Attorney for Third-Party Plaintiff*      **INSURANCE COMPANY are DISMISSED without**
*ST. PAUL FIRE & MARINE*                  **prejudice, each party to bear its own fees and costs.**
*INSURANCE COMPANY*

                                        _____
                                        U.S. District Judge Jennifer A. Dorsey
                                        Dated: July 26, 2019

2230461v.1