# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

CENTEX HOMES,

                Plaintiff,

vs.

ST. PAUL FIRE & MARINE INS. CO., *et al.*,

                Defendant.

2:17-cv-02407-JAD-VCF

**<u>ORDER</u>**

Before the court is the proposed protective order (ECF No. 192).

The parties mentioned Exhibit A on page 8. Exhibit A is not attached to the instant document.

Accordingly,

IT IS HEREBY ORDERED that the parties (Centex and St. Paul Fire and Marine Insurance Company) must file Exhibit A on or before August 5, 2019.

IT IS FURTHER ORDERED that a hearing on the protective order (ECF No. 192) is scheduled for 1:00 PM, August 6, 2019, in Courtroom 3D.

DATED this 1st day of August, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE