**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
j.bendavid@moranlawfirm.com
**STEPHANIE J. SMITH, ESQ.**
Nevada Bar No. 11280
s.smith@moranlawfirm.com
**MORAN BRANDON BENDAVID MORAN**
630 South 4th Street
Las Vegas, Nevada 89101
Phone (702) 384-8424

**CHRISTINE MAGARIAN, ESQ.**
*Pro Hac Vice*
cmagarian@kdvlaw.com
**KAUFMAN DOLOWICH VOLUCK LLP**
11755 Wilshire Boulevard Suite 2400
Los Angeles, California 90025
Telephone: (310) 775-6511

*Attorneys for Defendant LEXINGTON INSURANCE COMPANY and Third Party Defendant NEW HAMPSHIRE INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada General Partnership,<br><br>            Plaintiffs,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>            Defendants. | CASE NO.: 2:17-CV-02407-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF NEW HAMPSHIRE INSURANCE COMPANY**<br><br>ECF No. 200 |



1

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | |
| Third Party Plaintiff, vs. | |
| UNDERWRITERS AT LLOYDS LONDON; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG; NEW HAMPSHIRE INSURANCE COMPANY; FIRST SPECIALTY INSURANCE COMPANY; ARCH SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; ROCKHILL INSURANCE COMPANY; and FIREMAN'S FUND INSURANCE COMPANY, | |
| Third Party Defendants. | |
| EVEREST NATIONAL INSURANCE COMPANY, | |
| Cross-Claimant, v. | |
| INTERSTATE FIRE & CASUALTY COMPANY; LEXINGTON INSURANCE COMPANY, | |
| Cross-Defendants. | |

IT IS HEREBY STIPULATED by Plaintiff, Centex Homes ("Centex"); Third-Party Plaintiff St. Paul Fire & Marine Insurance Company, and Third-Party Defendant New Hampshire Insurance Company, that Third-Party Defendant New Hampshire Insurance Company is hereby dismissed from the above-captioned matter without prejudice, with each party to bear their own fees and costs.


MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

| | |
|---|---|
| **MORAN BRANDON BENDAVID MORAN** | **PAYNE & FEARS** |
| /s/ Stephanie J. Smith, Esq. | /s/ Sarah J. Odia, Esq. |
| **JEFFERY A. BENDAVID, ESQ.** <br> Nevada Bar No. 6220 <br> **STEPHANIE J. SMITH, ESQ.** <br> Nevada Bar No. 11280 <br> 630 South 4th Street <br> Las Vegas, Nevada 89101 <br> (702) 384-8424 | **SCOTT S. THOMAS, ESQ.** <br> Nevada Bar No. 7937 <br> **SARAH J. ODIA, ESQ.** <br> Nevada Bar No. 11053 <br> 6385 S. Rainbow Blvd., Suite 220 <br> Las Vegas, Nevada, 89118 <br> (702) 851-0300 <br> *Counsel for Plaintiff Centex Homes* |
| **KAUFMAN DOLOWICH VOLUCK** | **MORALES FIERRO REEVES** |
| /s/ Christine Magarian, Esq. | /s/ William C. Reeves, Esq. |
| **CHRISTINE MAGARIAN, ESQ.** <br> *Pro Hac Vice* <br> 11755 Wilshire Blvd., Suite 2400 <br> Los Angeles, CA 90025 <br> *Attorneys for Defendant Lexington Insurance Company and Third Party Defendant New Hampshire Insurance Company* | **WILLIAN C. REEVES, ESQ.** <br> Nevada Bar No. 8235 <br> 2151 Salvio Street, Suite 280 <br> Concord, CA 94520 <br> (925) 288-1776 <br> *Attorneys for Third Party Plaintiff St. Paul Fire & Marine Insurance Company* |

## **ORDER**

Based on the stipulation between Centex Homes, St. Paul Fire & Marine insurance Company, and New Hampshire Insurance Company **[ECF No. 200]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Third Party Defendant New Hampshire Insurance Company are DISMISSED** without prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 22, 2019

