ROPERS, MAJESKI, KOHN & BENTLEY
STEPHEN J. ERIGERO
Nevada Bar. No. 11532
TIMOTHY J. LEPORE
Nevada Bar No. 13908
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, Nevada 89169
Telephone:     (702) 954-8300
Facsimile:     (213) 312-2001
Email:         stephen.erigero@rmkb.com
               timothy.lepore@rmkb.com

Attorneys for Third-Party Defendant
ROCKHILL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>                    Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVERNEST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY; an Indiana corporation; and FEDERAL INSURANCE COMPANY, an<br><br>                    Defendants. | Case No.:  2:17-cv-02407-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISSMISAL WITH PREJUDICE OF THIRD-PARTY DEFENDANT ROCKHILL INSURANCE COMPANY**<br><br>ECF No. 219 |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>                    Third-Party Plaintiff,<br><br>v.<br><br>UNDERWRITERS AT LLOYDS LONDON; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG; NEW HAMPSHIRE INSURANCE COMPANY; FIRST SPECIALTY INSURANCE COMPANY; | |

| | |
|---|---|
| 1 | ARCH SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY |
| 2 | INSURANCE COMPANY; ROCKHILL INSURANCE COMPANY; and FIREMAN'S |
| 3 | FUND INSURANCE COMPANY, |
| 4 | Third-Party Defendants. |

## STIPULATION AND ORDER FOR DISSMISAL WITH PREJUDICE

## OF THIRD-PARTY DEFENDANT ROCKHILL INSURANCE COMPANY

IT IS HEREBY STIPULATED AND AGREED, by and between Third-Party Defendant

Rockhill Insurance Company ("Rockhill"), through its attorney of record, Timothy J. Lepore of

Ropers Majeski Kohn & Bentley, P.C., and Third-Party Plaintiff St. Paul Fire and Marine

Insurance Company ("St. Paul"), through its attorney of record, William Revees of Morales

Fierro & Reeves, for the Court to issue an order under Federal Rules of Civil Procedure, Rule

41(a)(2), that dismisses St. Paul's Third-Party Complaint against Rockhill with prejudice, with

both Rockhill and St. Paul bearing their own attorney's fees and costs.

Dated: this 28th day of October, 2019          ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ *Timothy J. Lepore*
STEPHEN J. ERIGERO
TIMOTHY J. LEPORE
Attorneys for Third-Party Defendant
ROCKHILL INSURANCE COMPANY

Dated: this 28th day of October, 2019          MORALES FIERRO & REEVES

By: /s/ *William Reeves*
WILLIAM REEVES
Attorneys for Third-Party Plaintiff
ST. PAUL FIRE & MARINE
INSURANCE COMPANY

## ORDER

Based on the parties' stipulation **[ECF No. 219]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST THIRD-PART DEFENDANT ROCKHILL INSURANCE COMPANY are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge 11-18-19

Ropers Majeski Kohn & Bentley
A Professional Corporation
Las Vegas