Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Plaintiff and Counter defendant
CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES,<br><br>    Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY; an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY; an Indiana corporation; and ADMIRAL INSURANCE COMPANY, a New Jersey Corporation,<br><br>    Defendants. | Case No. 2:17-cv-02407-JAD-VCF<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES FOR OPPOSITION AND REPLY TO UNDERWRITERS' MOTION TO COMPEL**<br><br>**[FIRST REQUEST]** |
| AND ALL RELATED CLAIMS | |

Plaintiff and Counter-Defendant Centex Homes ("Centex") and Third-Party Defendant Certain Underwriters at Lloyd's, London ("Underwriters"), by and through their counsel of record, hereby agree and stipulate to extend the deadline for Centex's opposition and Underwriters' reply to Underwriter's Motion to Compel Centex Homes to Respond to Certain Interrogatories and Deem Certain Requests for Admissions Admitted ("Motion to Compel"). Underwriters' filed and

served its Motion to Compel on November 27, 2019.  ECF No. 226.

        Centex and Underwriters agree that the deadline for (1) Centex to oppose the Motion to Compel shall be extended from December 11, 2019 to December 13, 2019, and (2) Underwriters' to reply to Centex's opposition shall be extended from December 18, 2019 to December 20, 2019. This extension of time is being requested in order to ameliorate the fact that the Motion to Compel was filed on the afternoon before the Thanksgiving holiday.  This is the first request to extend these particular deadlines.  Centex and Underwriters respectfully request that an order be entered extending the deadlines accordingly.

DATED:  December 4, 2019

PAYNE & FEARS LLP

By:  */s/ Sarah J. Odia*
        SARAH J. ODIA
Nevada Bar No. 11053
sjo@paynefears.com
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300

Attorneys for Plaintiff and Counterdefendant
CENTEX HOMES

DATED:  December 4, 2019

ROPERS, MAJESKI, KOHN & BENTLEY

By:  */s/ Timothy J. Lepore*
        TIMOTHY J. LEPORE
Nevada Bar No. 13908
timothy.lepore@rmkb.com
3753 Howard Hughes Pkwy., Suite 220
Las Vegas, Nevada 89169
Telephone: (702) 954-8300

Attorneys for Third-Party Defendant CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

IT IS SO ORDERED.

DATED: December 4, 2019

*[signature]*

Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE