# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CENTEX HOMES, a Nevada General Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendants. | 2:17-cv-02407-JAD-VCF<br>**ORDER** |

Before the court is Defendant Lexington Insurance Company's Motion to Appear Telephonically Set for January 22, 2020 (ECF NO. 239).

Accordingly, and for good cause,

IT IS HEREBY ORDERED that Defendant Lexington Insurance Company's Motion to Appear Telephonically Set for January 22, 2020 (ECF NO. 239) is GRANTED. Christine Magarian, Esq. may appear telephonically for the hearing on January 22, 2020, at 2:30PM.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 17th day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE