Ramiro Morales
State Bar No. 007101
William C. Reeves
State Bar No. 008235
MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702/699-9455

Attorneys for Defendant/Third Party Plaintiff
St. Paul Fire and Marine Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE & MARINE INS. CO., et al.<br><br>Defendants.<br>______________________________<br>and related matter(s).<br>______________________________ | Case No.: 2:17-cv-02407-JAD-VCF<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES AS TO THIRD PARTY DEFENDANT'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION [DKT NO. 250]<br><br>(First Request) |

Third Party Plaintiff St. Paul Fire & Marine Ins. Co. ("St. Paul") and Third Party Defendant First Specialty Ins. Corp. ("FSIC") stipulate and agree by and through counsel as follows:

WHEREAS, the deadline to oppose FSIC's Motion for Good Faith Settlement Determination [Dkt. No. 250] ("Motion") is February 20, 2020;

WHEREAS, St. Paul needs additional time to analyze and evaluate the Motion;

WHEREAS, FSIC is amenable to reciprocal seven (7) day extensions of the deadlines to file the Opposition and Reply to the Motion;

WHEREAS, counsel for FSIC is unavailable to attend a hearing on Motion between March 30, 2020 and April 7, 2020.

/ / /

/ / /

WHEREFORE, St. Paul and FSIC request that the deadlines for the Motion be extended as follows:

February 27, 2020 Deadline to file any Opposition

March 12, 2020 Deadline to file any Reply

St. Paul and FSIC further request that in the event that the Court schedules a hearing on the Motion, such hearing not be scheduled between March 30, 2020 and April 7, 2020.

IT IS SO AGREED.

Dated: February 12, 2020

| MORALES FIERRO & REEVES | THE GRAD LAW FIRM |
|---|---|
| By /s/ William C. Reeves<br>William C. Reeves<br>Morales Fierro & Reeves<br>Attorneys for St. Paul | By /s/ Laleaque Grad<br>Laleaque Grad<br>The Grad Law Firm<br>Attorneys for FSIC |

The Court, having considered the stipulation of the parties and good cause appearing, orders as follows:

The deadlines for the Motion [Dkt. No. 250] are extended as follows:

February 27, 2020 Deadline to file any Opposition

March 12, 2020 Deadline to file any Reply

Dated: 2-18-2020