Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Plaintiff and Counterdefendant
CENTEX HOMES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES,<br><br>       Plaintiff,<br><br>       v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY; an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY; an Indiana corporation; and ADMIRAL INSURANCE COMPANY, a New Jersey Corporation,<br><br>       Defendants. | Case No. 2:17-cv-02407-JAD-VCF<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT FEDERAL INSURANCE COMPANY AND ORDER**<br><br><br>ECF No. 262 |
| EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation,<br><br>       Counterclaimant,<br><br>       v.<br><br>CENTEX HOMES, a Nevada general partnership,<br><br>       Counterdefendant. | |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

| | |
|---|---|
| 1 | EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation, |
| 2 | |
| | Cross-Claimant, |
| 3 | |
| | v. |
| 4 | |
| | INTERSTATE FIRE & CASUALTY |
| 5 | COMPANY, an Illinois corporation, |
| 6 | Cross-Plaintiff. |
| 7 | |
| 8 | ST. PAUL FIRE AND MARINE INSURANCE COMPANY, |
| 9 | Third-Party Plaintiffs, |
| 10 | v. |
| 11 | UNDERWRITERS AT LLOYDS LONDON; PROBUILDERS SPECIALTY INSURANCE |
| 12 | COMPANY, RRG; NEW HAMPSHIRE INSURANCE COMPANY; FIRST |
| 13 | SPECIALTY INSURANCE COMPANY; ARCH SPECIALTY INSURANCE |
| 14 | COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; ROCKHILL |
| 15 | INSURANCE COMPANY; and FIREMAN'S FUND INSURANCE COMPANY, |
| 16 | |
| 17 | Third-Party Plaintiffs. |

18

19    IT IS HEREBY STIPULATED by and between Plaintiff CENTEX HOMES ("Plaintiff")

20  and Defendant FEDERAL INSURANCE COMPANY ("Defendant"), through their respective

21  attorneys of record, that Plaintiff's Complaint filed against Defendant shall be dismissed with

22  prejudice pursuant to FRCP 41(a)(2).  Plaintiff and Defendant shall bear their own attorneys' fees

23  and costs.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

| | |
|---|---|
| Dated: __3/12/2020__ | Dated: __3/11/2020__ |
| PAYNE & FEARS LLP | MORALES FIERRO & REEVES |
| By: ___/s/ Sarah J. Odia___<br>Sarah J. Odia, Esq.<br>6385 S. Rainbow Blvd, Suite 220<br>Las Vegas, NV 89118<br>(702) 851-0300 | By: ___/s/ Ramiro Morales___<br>Ramiro Morales, Esq.<br>William C. Reeves, Esq.<br>600 S. Tonopah Drive, Ste. 300<br>Las Vegas, NV 89106<br>(702) 699-7822 |
| Attorneys for Plaintiff<br>CENTEX HOMES | Attorneys for Defendant<br>FEDERAL INSURANCE COMPANY |

### ORDER

Based on the stipulation between plaintiff and Defendant Federal Insurance Company **[ECF No. 262]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Defendant Federal Insurance Company are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE
 Dated: March 13, 2020