William C. Reeves
State Bar No. 008235
MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV  89106
Telephone: 702/699-7822
Facsimile: 702/699-9455

Attorneys for Defendant/Third Party Plaintiff
St. Paul Fire and Marine Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES,<br><br>           Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE & MARINE INS. CO., et al.<br><br>           Defendants.<br><br>and related matter(s). | Case No.: 2:17-cv-02407-JAD-VCF<br><br>STIPULATION AND ORDER TO WITHDRAW MOTIONS FOR GOOD FAITH SETTLEMENT AND CORRECTION/CLARIFICATION AND TO VACATE PRIOR ORDER<br><br>ECF Nos. 250, 267, 269, 277 |

Third Party Plaintiff St. Paul Fire & Marine Ins. Co. ("St. Paul") and Third Party Defendant First Specialty Ins. Corp. ("FSIC") stipulate and agree by and through counsel as follows:

WHEREAS, this matter is an insurance coverage action in which Plaintiff Centex Homes ("Centex") seeks reimbursement from insurers for sums Centex alleges to have incurred in connection with an underlying construction defect matter;

WHEREAS, FSIC previously reached a direct settlement with Centex;

WHEREAS, in connection with this settlement, FSIC filed a Motion for Good Faith Settlement Determination ("Motion") [Dkt. No. 250];

WHEREAS, St. Paul filed an Opposition to the Motion while FSIC filed a Reply [Dkt. Nos. 255, 258];

WHEREAS, this Court issued a March 16, 2020 Minute Order ("Minute Order") granting the Motion on the basis both that the Motion was unopposed and that the settlement was between

St. Paul and FSIC [Dkt. No. 267];

WHEREAS, FSIC filed a Motion for Correction and/or Clarification ("Correction Motion") [Dkt. No. 269] on the basis the Minute Order overlooked the fact that the Motion was opposed and that FSIC had settled with Centex and <u>not</u> St. Paul;

WHEREAS, St. Paul and First Specialty have now reached a settlement conditioned on the following:

1. FSIC's Motion for Good Faith Settlement Determination [Dkt. No. 250] is withdrawn;

2. FSIC's Motion for Correction and/or Clarification [Dkt. No. 269] is withdrawn; and

3. The Court's Minute Order of March 16, 2020 [Dkt. No. 267] is vacated;

WHEREFORE, St. Paul and FSIC stipulate and agree to the withdrawal of both the Motion and the Correction Motion as well as the vacating of the Minute Order.

IT IS SO AGREED.

Dated: August 4, 2020

| MORALES FIERRO & REEVES | THE GRAD LAW FIRM |
|---|---|
| By   /s/ William C. Reeves<br>William C. Reeves<br>Morales Fierro & Reeves<br>Attorneys for St. Paul | By   /s/ Laleaque Grad<br>Laleaque Grad<br>The Grad Law Firm<br>Attorneys for FSIC |

ORDER

The Court, having considered the stipulation of the parties and good cause appearing, orders as follows:

The Motions for Good Faith Settlement Determination [Dkt. No. 250] and for Correction and/or Clarification [Dkt. No. 269] are withdrawn at the parties' request and the Minute Order filed on March 16, 2020 [Dkt. No. 267] is vacated.

IT IS SO ORDERED.

Dated: August 5, 2020

UNITED STATES DISTRICT JUDGE