1  Ramiro Morales
   State Bar No. 007101
2  William C. Reeves
   State Bar No. 008235
3  MORALES FIERRO & REEVES
   600 S. Tonopah Drive, Suite 300
4  Las Vegas, NV  89106
   Telephone: 702/699-7822
5  Facsimile: 702/699-9455

6  Attorneys for Defendant/Third Party Plaintiff
   St. Paul Fire and Marine Insurance Company
7

8                   UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10 | CENTEX HOMES,                  | Case No.: 2:17-cv-02407-JAD-VCF
11 |        Plaintiff,              | STIPULATION AND ORDER
   |                                | DISMISSING THIRD PARTY
12 |   vs.                          | DEFENDANT FIRST SPECIALTY
   |                                | INSURANCE CORPORATION WITH
13 | ST. PAUL FIRE & MARINE INS. CO., et al. | PREJUDICE FROM THIRD PARTY
   |                                | COMPLAINT OF ST. PAUL FIRE AND
14 |        Defendants.             | MARINE INSURANCE COMPANY [DKT
   |                                | NO. 38]
15 |
   |                                | ECF No. 283
16 | and related matter(s).

18     Third Party Plaintiff St. Paul Fire & Marine Ins. Co. ("St. Paul") and Third Party Defendants

19 First Specialty Ins. Corp. ("FSIC") and Certain Underwriters at Lloyd's, London ("Lloyds")

20 stipulate and agree by and through counsel as follows:

21     WHEREAS, this matter is an insurance coverage action Centex Homes filed against various

22 insurance companies arising from an underlying construction defect matter;

23     WHEREAS, St. Paul previously filed a Third Party Complaint ("TPC") [Dkt. No. 38];

24     WHEREAS, the only remaining parties to the TPC are St. Paul, FSIC and Lloyds

25 (collectively "Parties") as all remaining Third Party Defendants were previously dismissed;

26     WHEREAS, a settlement has now been reached that resolves all the claims asserted in St.

27 Paul's TPC against FSIC; and

28

1

STIPULATION                                              Case No.: 2:17-cv-02407-JAD-VCF

1  WHEREAS, the Parties stipulate for the Court to issue an order dismissing St. Paul's Third-Party Complaint against FSIC with prejudice, with both St. Paul and FSIC bearing their own attorneys fees and costs.

IT IS SO AGREED.

Dated: October 7, 2020

| MORALES FIERRO & REEVES | THE GRAD LAW FIRM |
|---|---|
| By: */s/ William C. Reeves*<br>William C. Reeves<br>Morales Fierro & Reeves<br>Attorneys for St. Paul | By */s/ Laleaque Grad*<br>Laleaque Grad<br>The Grad Law Firm<br>Attorneys for FSIC |

ROPERS MAJESKI

By */s/ Timothy Lepore*
Timothy Lepore
Ropers Majeski
Attorneys for Lloyds

**ORDER**

Based on the stipulation between St. Paul fire and Marine Insurance Company, Certain Underwriters at Lloyd's London, and First Specialty Insurance Corporation **[ECF No. 283]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST FIRST SPECIALTY INSURANCE CORPORATION are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 12, 2020