Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES,<br><br>    Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY; an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY; an Indiana corporation; and ADMIRAL INSURANCE COMPANY, a New Jersey Corporation,<br><br>    Defendants. | Case No. 2:17-cv-02407-JAD-VCF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT LEXINGTON INSURANCE COMPANY AND ORDER**<br><br>ECF No. 285 |
| EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership,<br><br>    Counterdefendant. | |

|   |   |
|---|---|
| 1 | EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation, |
| 2 |   |
| 3 | Cross-Claimant, |
|   | v. |
| 4 | INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation, |
| 5 |   |
| 6 | Cross-Plaintiff. |
| 7 | ST. PAUL FIRE AND MARINE INSURANCE COMPANY, |
| 8 |   |
| 9 | Third-Party Plaintiffs, |
|   | v. |
| 10 |   |
| 11 | UNDERWRITERS AT LLOYDS LONDON; PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG; NEW HAMPSHIRE INSURANCE COMPANY; FIRST SPECIALTY INSURANCE COMPANY; ARCH SPECIALTY INSURANCE COMPANY; IRONSHORE SPECIALTY INSURANCE COMPANY; ROCKHILL INSURANCE COMPANY; and FIREMAN'S FUND INSURANCE COMPANY, |
| 12 |   |
| 13 |   |
| 14 |   |
| 15 |   |
| 16 | Third-Party Plaintiffs. |

IT IS HEREBY STIPULATED by and between Plaintiff CENTEX HOMES ("Plaintiff") and Defendant LEXINGTON INSURANCE COMPANY ("Defendant"), through their respective attorneys of record, that Plaintiff's Complaint filed against Defendant shall be dismissed with prejudice pursuant to FRCP 41(a)(2). Plaintiff and Defendant shall bear their own attorneys' fees and costs.

| Dated: November 4, 2020 | Dated: November 4, 2020 |
|---|---|
| PAYNE & FEARS LLP | KAUFMAN DOLOWICH VOLUCK LLP |
| By: /s/ Sarah J. Odia<br>    Sarah J. Odia, Esq.<br>    6385 S. Rainbow Blvd, Suite 220<br>    Las Vegas, NV 89118<br>    (702) 851-0300 | By: /s/ Christine Magarian<br>    Christine Magarian, Esq.<br>    11755 Wilshire Blvd., Ste. 2400<br>    Los Angeles, CA 90025<br>    (310) 775-6516 |
| Attorneys for Plaintiff<br>CENTEX HOMES | Jeffrey Bendavid, Esq.<br>Stephanie Smith, Esq.<br>Moran Brandon Bendavid Moran<br>630 S. 4th Street<br>Las Vegas, NV 89101<br>(702) 384-8424 |
|  | Attorneys for Defendant<br>LEXINGTON INSURANCE COMPANY |

**ORDER**

Based on the parties' stipulation **[ECF No. 285]** and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Lexington Insurance Company are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 5, 2020

-3-