DAVID A. ASTENGO
NEVADA BAR NO. 11045
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone:    415.979.0400
Facsimile:    415.979.2099
Email:    dastengo@selmanlaw.com

Eric O. Freeman
Nevada Bar No. 6648
Selman Breitman LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:    702.228.7771
Facsimile:    702.228.8824
Email:    efreeman@selmanlaw.com
Designated For Nevada Service
(Per L.R. IA 11-1(b)(1))

Attorneys for Defendant / Counterclaimant / Cross-claimant, EVEREST NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; ADMIRAL INSURANCE COMPANY, a New Jersey corporation,<br><br>　　　　Defendants.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation, | Case No. 2:17-cv-02407-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CROSS-DEFENDANT LEXINGTON INSURANCE COMPANY WITH PREJUDICE FROM THE FIRST AMENDED CROSS-CLAIM OF EVEREST NATIONAL INSURANCE COMPANY**<br><br>ECF No. 287 |

|   |   |
|---|---|
| | Cross-Claimant, |
| | v. |
| | INTERSTATE FIRE & CASUALTY COMPANY; LEXINGTON INSURANCE COMPANY, |
| | Cross-Defendants. |

Cross-Claimant, Everest National Insurance Company ("Everest National"), and Cross-Defendant, Lexington Insurance Company ("Lexington Insurance"), stipulate and agree through their respective counsel as follows:

WHEREAS, this is an insurance coverage action filed by Centex Homes against insurance companies arising from a construction defect action;

WHEREAS, Everest National filed a First Amended Cross-Claim in this action against Lexington Insurance and Interstate Fire & Casualty Company (the "Cross-Claim"). [ECF No. 140];

WHEREAS, a settlement has now been reached that resolves all the claims asserted in Everest National's Cross-Claim against Lexington Insurance; and

WHEREAS, Everest National and Lexington Insurance stipulate for the Court to issue an order dismissing Everest National's Cross-Claim against Lexington Insurance, with prejudice, with both Everest National and Lexington Insurance bearing their own attorney's fees and costs.

IT IS SO AGREED.

DATED:  November 6, 2020         SELMAN BREITMAN LLP

By:    /s/David A. Astengo
       David A. Astengo
       Nevada Bar No. 11045
       33 New Montgomery, Sixth Floor
       San Francisco, CA 94105
       Telephone:  415.979.0400
       Facsimile:  415.979.2099
       Email:      dastengo@selmanlaw.com
       Attorneys Defendant/Counterclaimant/Cross-
       claimant Everest National Insurance Company

Selman Breitman LLP
ATTORNEYS AT LAW
1062 42956 4847-2215-6241 .v1

DATED:  November 6, 2020          KAUFMAN DOLOWICH VOLUK

By: */s/Christine Magarian*
   Christine Magarian
   Pro Hac Vice
   CA Bar No. 198762
   11755 Wilshire Blvd., Suite 2400
   Los Angeles, CA 90025
   Telephone:  702.851.0300
   Facsimile:   702.851.0315
   Email:        cmagarian@kdvlaw.com

   Stephanie J. Smith
   Nevada Bar No. 11280
   Moran Brandon Bendavid Moran
   630 South 4th Street
   Las Vegas, NV 89101
   Attorneys for Defendant and Cross-defendant
   Lexington Insurance Company

### ORDER

Based on the stipulation between Everest National Insurance Company and Lexington Insurance Company, **[ECF No. 287]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that Everest National Insurance Company's CROSSCLAIMS AGAINST Lexington Insurance Company are DISMISSED with prejudice, each side to bear its own fees and costs.

DATED: 11-10-2020

JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT

1062 42956 4847-2215-6241 .v1